# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Edge Capture L.L.C., et al.
                                  Plaintiff,

v.                                                          Case No.: 1:09–cv–01521
                                                          Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 6, 2010:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Status and motion hearing held on 10/6/2010. Defendants' reply is due on or before 10/22/2010. Status hearing is continued to 12/3/2010 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.