IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES, INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Denlow |

**DECLARATION OF JEFFREY G. RANDALL IN SUPPORT OF
REPLY MEMORANDUM IN SUPPORT OF THE BARCLAYS AND UBS
DEFENDANTS' RENEWED MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Jeffrey G. Randall, declare as follows:

I am a partner with Paul, Hastings, Janofsky, and Walker LLP, counsel of record for Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services, Inc., and UBS Securities, L.L.C. in this action. I am admitted *pro hac vice* to practice before this Court in this matter. I have personal knowledge of the facts herein and, if called as a witness, could and would testify competently as to their truth.

1. Attached hereto as Exhibit 11 is a true and correct copy of *Ex parte Venkata*, No. 2009-007302, Slip. Op. (B.P.A.I. Oct. 6, 2010).

2. Attached hereto as Exhibit 12 is a true and correct copy of United States Patent No. 257,444.

2

      3.      Attached hereto as Exhibit 13 is a true and correct copy of United States Patent No. 174,465.

      4.      Attached hereto as Exhibit 14 is a true and correct copy of United States Patent No. 355,139.

      5.      Attached hereto as Exhibit 15 is a true and correct copy of excerpts from Gregory A. Stobbs, BUSINESS METHOD PATENTS, (Kluwer 2002).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on October 22, 2010, at Palo Alto, California.

                                                                */s/ Jeffrey G. Randall*
                                                                   Jeffrey G. Randall

## **CERTIFICATE OF SERVICE**

I, Jeff G. Randall, hereby certify that on October 22, 2010, I caused a true and correct copy of the foregoing Declaration of Jeffrey G. Randall in Support of Reply Memorandum in Support of the Barclays and UBS Defendants' Renewed Motion to Dismiss the Amended Complaint to be served by electronic filing using the CM/ECF system upon:


Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Glenna Lynn Gilbert
glgilbert@rkmc.com, dmlafrance@rkmc.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Ronald Schutz
rjschutz@rkmc.com

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

Jeana R. Lervick
jlervick@gbclaw.net; docket@gbclaw.net

Gavin James OKeefe
gokeefe@gbclaw.net


Dated: October 22, 2010					By: */s/ Jeffrey G. Randall*