Edge Capture L.L.C., et al.

                    Plaintiff,

v.

Barclays Bank PLC, et al.

                    Defendant.

Case No.: 1:09–cv–01521

Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 3, 2010:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 12/3/2010. Status hearing and or ruling on motions is continued to 2/11/2011 at 10:00 a.m. Request for oral argument is taken under advisement. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.