**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ) ) ) | |
| Plaintiffs, ) | Civil Action No. 09-cv-1521 |
| v. ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES, INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:

Ronald J. Schutz
Munir R. Meghjee
Sang Young A. Brodie
Glenna L. Gilbert
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Phone: (312) 583-2300

Patrick G. Burns
Jeana R. Lervick
Gavin James O'Keefe
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0800

PLEASE TAKE NOTICE that on January 7, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Nogle, Sr., or any judge sitting in his stead in Courtroom 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Barclay and UBS Defendants' Motion for Leave to File a Response to Plaintiff's Notice of Supplemental Authority (D.E. 129), a copy of which his served herewith.

Dated: December 22, 2010                Respectfully submitted,

By:       */s/ Jeffrey G. Randall*
Jeffrey G. Randall (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA  94304-1106
Tel: (650) 320-1800

Allan M. Soobert (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499 6292

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services, Inc., and UBS Securities, L.L.C.*

## **CERTIFICATE OF SERVICE**

      I, Jeffrey G. Randall, hereby certify that on December 22, 2010 I caused a true and correct copy of the foregoing Notice of Motion of the Barclay and UBS Defendants' Motion for Leave to File a Response to Plaintiff's Notice of Supplemental Authority (D.E. 129), to be served by electronic filing using the CM/ECF system upon:

Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Glenna Lynn Gilbert
glgilbert@rkmc.com, dmlafrance@rkmc.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Ronald Schutz
rjschutz@rkmc.com

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

Jeana R. Lervick
jlervick@gbclaw.net; docket@gbclaw.net

Gavin James OKeefe
gokeefe@gbclaw.net


Dated: December 22, 2010                              By:  */s/ Jeffrey G. Randall*