# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ) ) ) Plaintiffs, ) ) v. ) ) BARCLAYS BANK PLC, BARCLAYS CAPITAL ) INC., UBS AG, UBS FINANCIAL SERVICES, ) INC., UBS SECURITIES, L.L.C., WOLVERINE ) TRADING, L.L.C., AND WOLVERINE ) EXECUTION SERVICES, L.L.C., ) ) Defendants. ) | Civil Action No. 09-cv-1521 Judge Charles R. Norgle, Sr. Magistrate Judge Denlow |

## NOTICE OF MOTION
## AND UNOPPOSED REQUESTED BRIEFING SCHEDULE

TO:

Ronald J. Schutz
Munir R. Meghjee
Sang Young A. Brodie
Glenna L. Gilbert
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Phone: (312) 583-2300

Patrick G. Burns
Jeana R. Lervick
Gavin James O'Keefe
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0800

PLEASE TAKE NOTICE that on **April 29, 2011**, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his stead in Courtroom 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Barclays and UBS Defendants' Renewed Motion to Bifurcate Patent Invalidity and Unenforceability from Alleged Infringement and Damages ("Bifurcation Motion"), a copy of which is served herewith.

Counsel for plaintiffs, Edge Capture and Edge Specialists ("Edge"), and counsel for the Barclays and UBS defendants have conferred concerning the following proposed briefing schedule for the Bifurcation Motion. Counsel for Edge has indicated that Edge is amenable and does not oppose entry of this proposed briefing schedule:

1. **March 4, 2011**: Barclays and UBS Bifurcation Motion Filed.
2. **March 25, 2011**: Edge's Opposition Due.
3. **April 8, 2011**: Barclays and UBS Reply Due.

Dated: March 4, 2011   Respectfully submitted,

By: _____*/s/ Jeffrey G. Randall*_____
Jeffrey G. Randall (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1800

Allan M. Soobert (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499 6292

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services, Inc., and UBS Securities, L.L.C.*

## CERTIFICATE OF SERVICE

I, Jeffrey G. Randall, hereby certify that on March 4, 2011 I caused a true and correct copy of the foregoing Notice of Motion and Unopposed Requested Briefing Schedule for the Barclays and UBS Defendants' Renewed Motion to Bifurcate Patent Invalidity and Unenforceability from Alleged Infringement and Damages, to be served by electronic filing using the CM/ECF system upon:


Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Glenna Lynn Gilbert
glgilbert@rkmc.com, dmlafrance@rkmc.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Ronald Schutz
rjschutz@rkmc.com

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

Jeana R. Lervick
jlervick@gbclaw.net; docket@gbclaw.net

Gavin James OKeefe
gokeefe@gbclaw.net


Dated: March 4, 2011                              By:  */s/ Jeffrey G. Randall*