IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C. and WOLVERINE EXECUTION SERVICES, L.L.C. | ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) ) | |

## RENEWED MOTION TO BIFURCATE PATENT INVALIDITY AND UNENFORCEABILITY FROM ALLEGED INFRINGEMENT AND DAMAGES

Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C. (collectively "Wolverine"), join Barclays Bank PLC and Barclays Capital Inc.'s (collectively "Barclays") and UBS AG, UBS Financial Services, Inc., and UBS Securities L.L.C.'s (collectively, "UBS") Renewed Motion to Bifurcate Patent Invalidity and Unenforceability From Alleged Infringement and Damages, filed on March 4, 2011. For the reasons stated in Barclays and UBS's Memorandum, the Court should grant the Renewed Motion to Bifurcate.

Wolverine relies on and hereby joins the arguments presented in Barclays and UBS's Memorandum in Support of their Renewed Motion to Bifurcate Patent Invalidity and Unenforceability From Alleged Infringement and Damages, and Wolverine agrees that bifurcation will promote judicial efficiency, as the patents-in-suit are likely to be found invalid under 35 U.S.C. § 101, as interpreted in *Bilski v. Kappos*, 130 S. Ct. 3218 (2010), and in light of

29094279.DOCX

prior art. The issues related to invalidity and unenforceability of the patents-in-suit would require little discovery and could be quickly and efficiently determined on the paper record. For purposes of efficiency, Wolverine joins in Barclays and UBS's motion, and adopts and incorporates by reference the arguments and exhibits set forth in Barclays and UBS's memorandum, rather than repeating the same arguments in a separate memorandum, though Wolverine respectfully reserves the right to file a reply memorandum in support of the motion if necessary and appropriate.

Dated: March 8, 2011

Respectfully submitted,

By: /s/ Robert W. Unikel
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602-4231
robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com
michelle.marek@kayescholer.com
Tel: 312.583.2340
Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading L.L.C. and Wolverine Execution Services L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 8, 2010, a copy of the foregoing **Renewed Motion to Bifurcate Patent Invalidity and Unenforceability From Alleged Infringement and Damages** was served by electronic filing using this Court's CM/ECF system upon the following counsel of record:

Gavin James O'Keefe
gokeefe@gbclaw.net
Jeana R. Lervick
jlervic@gbclaw.net
Patrick G. Burns
pburns@gbclaw.net
GREER BURNS & CRAIN LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606

Glenna Lynn Gilbert
glgilbert@rkmc.com
Munir R. Meghjee
mrmeghejee@rkmc.com
Ronald Schutz
rjschutz@rkmc.com
Sang A. Young Brodie
sybrodie@rkmc.com
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists L.L.C.*

Allan M. Soobert
allansoobert@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

Emily Newhouse Dillingham
emilydillinghman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive
Chicago, Illinois 60606

Jeffery G. Randall
jeffrandall@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Palo Alto, California 94304

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities, L.L.C.*

    /s/ Robert W. Unikel
    Robert W. Unikel

29094279.DOCX