# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,** | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| **BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C. and WOLVERINE EXECUTION SERVICES, L.L.C.** | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

## **NOTICE OF MOTION**

To: Attached Service List

PLEASE TAKE NOTICE THAT on Friday, April 29, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr. in courtroom 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the Renewed Motion to Bifurcate Patent Invalidity and Unenforceability From Alleged Infringement and Damages, in conjunction with the Barclays and UBS Defendants' Renewed Motion to Bifurcate Patent Invalidity and Unenforceability From Alleged Infringement and Damages, which has been previously noticed up for presentment at this same time and date.

29094289.DOCX

Dated: March 8, 2011

Respectfully submitted,

By: /s/ Robert W. Unikel
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602-4231
robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com
michelle.marek@kayescholer.com
Tel: 312.583.2340
Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading L.L.C. and Wolverine Execution Services L.L.C.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on March 8, 2011, a copy of the foregoing **Notice of Motion** was served by electronically filing using this Court's CM/ECF system upon the following counsel of record:

**By CM/ECF Notification**:

Gavin James O'Keefe
gokeefe@gbclaw.net
Jeana R. Lervick
jlervic@gbclaw.net
Patrick G. Burns
pburns@gbclaw.net
GREER BURNS & CRAIN LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606

Glenna Lynn Gilbert
glgilbert@rkmc.com
Munir R. Meghjee
mrmeghejee@rkmc.com
Ronald Schutz
rjschutz@rkmc.com
Sang A. Young Brodie
sybrodie@rkmc.com
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists L.L.C.*

Allan M. Soobert
allansoobert@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

Emily Newhouse Dillingham
emilydillinghman@paulhastings.com
PAUL HASTINGS JANOFSKY & WALKER LLP
191 N. Wacker Drive
Chicago, Illinois 60606

Jeffery G. Randall
jeffrandall@paulhastings.com
PAUL HASTINGS JANOFSKY & WALKER LLP
Palo Alto, California 94304

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities, L.L.C.*

                      /s/ Robert W. Unikel
                      Robert W. Unikel