**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., </br></br> Plaintiffs, </br></br> v. </br></br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., </br></br> Defendants. | Civil Action No. 09-CV-1521 </br></br> **JURY TRIAL DEMANDED** </br></br> Judge Charles R. Norgle, Sr. </br></br> Magistrate Judge Denlow |

**PLAINTIFFS EDGE CAPTURE L.L.C.'S AND EDGE SPECIALISTS, L.L.C.'S
MOTION TO STRIKE DEFENDANTS' RENEWED MOTIONS TO BIFURCATE**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. (collectively "Edge") respectfully move this Court to strike the Barclays and UBS Defendants' Renewed Motion to Bifurcate (D.E. 137-140), and the Wolverine Defendants' Renewed Motion to Bifurcate (D.E. 141-142). This motion is brought on the grounds that the Defendants previously moved for bifurcation and the Court denied the motion. The current motions are redundant of the earlier filed and ruled upon motions—they present the same legal arguments and are based on essentially the same facts as Defendants' earlier motions.

Defendants' motions fail to present any compelling reason why the Court should revisit its previous decision to deny Defendants' request to bifurcate the litigation. Rather, Defendants seek to rehash old arguments even though there has been no change in circumstances that would compel a different result. Defendants' motions appear to have been filed for the purpose of delay. Such duplicative motion practice will not promote judicial economy and should not be permitted.

This Motion is based upon this Motion, the attached Notice of Motion and Memorandum of Law, Declaration of Munir R. Meghjee and attached Exhibits, the papers and pleadings on file in this action, and such other and further evidence as may subsequently be presented to the Court.

Dated: March 9, 2011    Respectfully submitted,

By: /s/ Patrick G. Burns
    Ronald J. Schutz (*pro hac* vice)
    Munir R. Meghjee (*pro hac* vice)
    Sang Young A. Brodie (*pro hac* vice)
    Glenna L. Gilbert (ARDC No. 6286244)
    **ROBINS, KAPLAN, MILLER & CIRESI, L.L.P**.
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
    Telephone: (612) 349-8500

    Patrick G. Burns (ARDC No. 3122589)
    Jeana R. Lervick (ARDC No. 6277887)
    Gavin James O'Keefe (ARDC No. 6293489)
    **GREER, BURNS & CRAIN, LTD.**
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    Telephone: (312) 360-0080

    **ATTORNEYS FOR PLAINTIFFS**
    **EDGE CAPTURE L.L.C. AND EDGE**
    **SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 9, 2011, he caused a true and correct copy of **PLAINTIFFS EDGE CAPTURE L.L.C.'S AND EDGE SPECIALISTS, L.L.C.'S MOTION TO STRIKE DEFENDANTS' RENEWED MOTIONS TO BIFURCATE** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

      /s/ Patrick G. Burns
      Patrick G. Burns