Edge Capture L.L.C., et al.

                                Plaintiff,

v.                                                 Case No.: 1:09–cv–01521
                                                       Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 10, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr:Responses to Motions to Bifurcate [143], [137], and [141] are due on or before 3/25/2011. Replies are due on or before 4/1/2011. The March 11, 2011 and April 29, 2011 notice of motion hearing dates are stricken. The case remains set for a status hearing on April 29, 2011 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.