**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., )<br><br>Plaintiffs, )<br><br>v. )<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., )<br><br>Defendants. ) | Civil Action No. 09 CV 1521<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow |

**AGREED MOTION AND STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS (D.E. 147-152)**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge") and Defendants Barc1ays Bank PLC, Barc1ays Capital Inc., UBS AG, UBS Financial Services Inc., UBS Securities, L.L.C., Wolverine Trading, L.L.C., and Wolverine Execution Services, L.L.C. (collectively, "Defendants"), by and through their undersigned counsel, stipulate and respectfully request that the Court extend the time for Edge to file a response to each of Defendants' respective Answers and Counterclaims (**D.E. 147-152**) from April 18, 2011 to **May 4, 2011.**

82107570.1

AGREED AND STIPULATED TO:

By: /s/Patrick G. Burns

Ronald J. Schultz (admitted *pro hac vice*)
Munir R. Meghjee (admitted *pro hac vice*)
Sang Young A. Brodie (admitted *pro hac vice*)
Glenna L. Gilbert (ARDC No. 62862444)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

-and-

Patrick G. Burns (ARDC No. 3122589)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0080
Facsimile: (312) 360-9315

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.*

By: /s/Jeffrey G. Randall

Jeffrey G. Randall (admitted *pro hac vice*)
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1800

Allan M. Soobert (admitted *pro hac vice*)
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499 6292

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services, Inc., and UBS Securities, L.L.C.*

By: /s/Robert W. Unikel

Robert W. Unikel
robert.unikel@kayescholer.com
Deanna L. Keysor
deanna.keysor@kayescholer.com
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602
(312) 583-2340

*Attorneys for Defendants Wolverine Trading, L.L.C., and Wolverine Execution Services, L.L.C.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 8, 2011, he caused a true and correct copy of **AGREED MOTION AND STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS (D.E. 147-152)** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

 /s/ Patrick G. Burns
Patrick G. Burns