# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> **JURY TRIAL DEMANDED** <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Denlow |

## NOTICE OF AGREED MOTION

TO:

Jeffrey G. Randall
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
1117 South California Avenue
Palo Alto, California 94304-1106
Phone: (650) 320-1800

Allan M. Soobert
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 551-1700

Emily Newhouse Dillingham
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 499-6292

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Phone: (312) 583-2300

82118400.1

PLEASE TAKE NOTICE that on April 15, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his stead in Courtroom 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the parties' **Agreed Motion And Stipulation To Extend The Time To Respond To Defendants' Answers And Counterclaims (D.E. 147-152)**, a copy of which is served herewith.

Dated: April 8, 2011

Respectfully submitted,

By: /s/Patrick G. Burns
Ronald J. Schutz (*pro hac* vice)
Munir R. Meghjee (*pro hac* vice)
Sang Young A. Brodie (*pro hac* vice)
Glenna L. Gilbert (ARDC No. 6286244)
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P**.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

Patrick G. Burns (ARDC No. 3122589)
Jeana R. Lervick (ARDC No. 6277887)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080

**ATTORNEYS FOR PLAINTIFFS
EDGE CAPTURE L.L.C. AND EDGE
SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 8, 2011, he caused a true and correct copy of **NOTICE OF AGREED MOTION of the parties' AGREED MOTION AND STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS (D.E. 147-152)** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

        /s/Patrick G. Burns

82118400.1