**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Edge Capture L.L.C., et al.
                                              Plaintiff,

v.                                                                    Case No.: 1:09–cv–01521
                                                                      Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 29, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 4/29/2011. Counsel to submit an agreed order on Monday. Status hearing is continued to 6/14/2011 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.