IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., <br><br>     Plaintiffs, <br><br>     v. <br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br>     Defendants. | Civil Action No. 09 CV 1521 <br><br>**JURY TRIAL DEMANDED** <br><br>Judge Charles R. Norgle, Sr. <br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:

Jeffrey G. Randall
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
1117 South California Avenue
Palo Alto, California 94304-1106
Phone: (650) 320-1800

Allan M. Soobert
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 551-1700

Emily Newhouse Dillingham
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 499-6292

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Phone: (312) 583-2300

PLEASE TAKE NOTICE that on June 14, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his stead in Courtroom 2341, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiffs Edge Capture L.L.C.'s and Edge Specialists, L.L.C.'s Motion To Dismiss Defendant Wolverine's State Law and Inequitable Conduct Counterclaims and Affirmative Defenses**, a copy of which is served herewith.

Dated: May 4, 2011

Respectfully submitted,

By: /s/ Patrick G. Burns
　　Ronald J. Schutz (*pro hac* vice)
　　Munir R. Meghjee (*pro hac* vice)
　　Sang Young A. Brodie (*pro hac* vice)
　　Glenna L. Gilbert (ARDC No. 6286244)
　　**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P**.
　　800 LaSalle Avenue, Suite 2800
　　Minneapolis, MN 55402
　　Telephone: (612) 349-8500

　　Patrick G. Burns (ARDC No. 3122589)
　　Jeana R. Lervick (ARDC No. 6277887)
　　Gavin James O'Keefe (ARDC No. 6293489)
　　**GREER, BURNS & CRAIN, LTD.**
　　300 South Wacker Drive, Suite 2500
　　Chicago, Illinois 60606
　　Telephone: (312) 360-0080

　　**ATTORNEYS FOR PLAINTIFFS**
　　**EDGE CAPTURE L.L.C. AND EDGE**
　　**SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 4, 2011, he caused a true and correct copy of **NOTICE OF MOTION OF PLAINTIFFS EDGE CAPTURE L.L.C.'S AND EDGE SPECIALISTS, L.L.C.'S MOTION TO DISMISS DEFENDANT WOLVERINE'S STATE LAW AND INEQUITABLE CONDUCT COUNTERCLAIMS AND AFFIRMATIVE DEFENSES** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

    /s/ Patrick G. Burns  
Patrick G. Burns