IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edge Capture L.L.C., et al., | : | |
| Plaintiff | : | |
| v. | : | Civil Case No. 09-cv-1521 |
| Barclays Bank PLC, et al. | : | Honorable Charles R. Norgle |
| Defendants. | : | |

## NOTICE OF WITHDRAWL OF ATTORNEY

## JEANA R. LERVICK WITH SUBSTITUTION

Plaintiff, Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge"), through one of its attorney's, Justin R. Gaudio, respectfully request the withdrawal of Jeana R. Lervick as attorney in this case.

Jeana R. Lervick has recently left the employ of Greer, Burns & Crain, Ltd. ("GBC") and therefore has no additional interest in the captioned proceeding. Munir R. Maghjee of Robbins Kaplan, Miller & Ciresi, L.L.P. (admitted pro hac vice) has at all times and will remain lead counsel on behalf of Edge in this matter, and Patrick G. Burns and GBC continues as local counsel on behalf of Edge, assuring no delay or prejudice to any of the parties to this lawsuit.

- 2 -

The appearance of Justin R. Gaudio is concurrently filed as substitute.

Respectfully submitted,

Dated:  May 4, 2011                                  s/Justin R. Gaudio/
*Justin R. Gaudio (IL 6296562)*
*Greer, Burns & Crain, Ltd.*
*Suite 2500*
*Chicago, IL 60606*
*312-360-0080*
*jgaudio@gbclaw.net*
*Attorneys for Plaintiff Edge Capture L.L.C. and Edge Specialists L.L.C..*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF WITHDRAWL OF ATTORNEY JEANA R. LERVICK was served upon the below-listed counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 4th day of May 2011:

| | |
|---|---|
| Glenna Lynn Gilbert | glgilbert@rkmc.com |
| Jeana R. Lervick | jlervick@gbclaw.net |
| Jefferey G. Randall | jeffrandall@paulhastings.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |
| Munir R Meghjee | mrmeghjee@rkmc.com |
| Patrick G. Burns | pburns@gbclaw.net |
| Robert W Unikel | robert.unikel@kayescholer.com |
| Robert J. Schutz | rjschutz@rkmc.com |
| Sang A Young Brodie | sybrodie@rkmc.com |

　　　　/s/Justin R Gaudio