IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES, INC., UBS SECURITIES L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C.,<br><br>Defendants. | Civil Action No. 09-CV-1521<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF GLENNA L. GILBERT IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT BARCLAYS' AND DEFENDANT UBS'S STATE LAW AND INEQUITABLE CONDUCT COUNTERCLAIMS AND AFFIRMATIVE DEFENSES**

I, Glenna L. Gilbert, declare as follows:

1. I am an attorney with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge") in this action. I am admitted to practice before this Court.

2. I have personal knowledge of the facts stated herein, and if called upon to testify thereon as a witness, would do so.

3. The exhibits attached to this declaration are listed in this declaration in alphabetical order.

4. Attached hereto as Exhibit 1 is a true and correct copy of *FDIC v. Republic Title Co.*, 2011 U.S. Dist. LEXIS 42622 (N.D. Ill. Apr. 20, 2011).

5.  Attached hereto as Exhibit 2 is a true and correct copy of *Maldonado v. Sinai Med. Group, Inc.*, 2008 U.S. Dist. LEXIS 3262 (N.D. Ill. Jan. 16, 2008).

6.  Attached hereto as Exhibit 3 is a true and correct copy of *Therasense, Inc. v. Becton, Dickinson & Co.*, 2011 U.S. App. LEXIS 10590 (Fed. Cir. May 25, 2011).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 8, 2011                                    /s/ Glenna L. Gilbert
                                                       Glenna L. Gilbert