Edge Capture L.L.C., et al.
                    Plaintiff,

v.                                          Case No.: 1:09–cv–01521
                                            Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                    Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 15, 2011:

    MINUTE entry before Honorable Morton Denlow:Status hearing set for 8/9/2011 at 10:00 A.M. in Courtroom 1350. Parties shall deliver a copy of an initial status report to chambers, Room 1356, five business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. The parties are directed to review and to comply with Judge Denlow's standing order setting initial status report. Copies are available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov.. Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.