IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> **JURY TRIAL DEMANDED** <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Denlow |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Paul, Hastings, Janofsky & Walker LLP, counsel for Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities LLC is now known as Paul Hastings LLP. Paul Hastings LLP is the successor in interest to Paul, Hastings, Janofsky & Walker LLP.

Respectfully submitted,

Dated: July 25, 2011      By:  */s/ Jeffrey G. Randall*
Jeffrey G. Randall (admitted *pro hac vice*)
Jeffrey D. Comeau (admitted *pro hac vice*)
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1800

2

Allan M. Soobert (admitted *pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
PAUL HASTINGS LLP
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499 6292

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities LLC*

**CERTIFICATE OF SERVICE**

I, Jeffrey G. Randall, hereby certify that on July 25, 2011, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME to be served by electronic filing using the CM/ECF system upon:


Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Glenna Lynn Gilbert
glgilbert@rkmc.com, dmlafrance@rkmc.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Ronald Schutz
rjschutz@rkmc.com

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

Jeana R. Lervick
jlervick@gbclaw.net; docket@gbclaw.net

Gavin James OKeefe
gokeefe@gbclaw.net


Dated: July 25, 2011 By: */s/ Jeffrey G. Randall*