IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 09 CV 1521 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., | ) ) ) ) ) ) ) ) ) | Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow |
| Defendants. | ) ) | |

**UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS WOLVERINE TRADING, L.L.C AND WOLVERINE EXECUTION SERVICES, L.L.C.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (D.E. 147)**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge") respectfully request a one week extension to file a response to Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C.'s ("Wolverine") Answer, Affirmative Defenses, and Counterclaims to Edge's Amended Complaint. (D.E. 147.) Pursuant to this Court's Order granting in part and denying in part the Edge Plaintiffs' Motion to Dismiss Defendant Wolverine's State Law and Inequitable Conduct Counterclaims and Affirmative Defenses, an answer to Wolverine's Counterclaims is currently due on August 9, 2011. (D.E. 207.) Due to the need for Edge's counsel to travel to Chicago on August 8, 2011 and attend a hearing before Magistrate Judge Denlow on August 9, 2011, counsel for Wolverine has agreed to a one week extension for Edge

to file its answer. With this agreed-upon extension, Edge's answer to the Wolverine Defendants' Counterclaims will be due on August 16, 2011.

This request for extension of time is made in good faith and is not designed for the purpose of delay; nor will any party be prejudiced by the Court granting this extension.

This Motion is based upon this Motion and the attached Notice of Motion, the papers and pleadings on file in this action, and such other and further evidence as may subsequently be presented to the Court.

Respectfully submitted,

Dated: August 9, 2011        By:   s/ Patrick G. Burns
                                  Ronald J. Schutz (*pro hac* vice)
                                  Munir R. Meghjee (*pro hac* vice)
                                  Sang Young A. Brodie (*pro hac* vice)
                                  Glenna L. Gilbert (ARDC No. 6286244)
                                  Miles A. Finn (*pro hac* vice)
                                  Seth A. Nielsen (*pro hac* vice)
                                  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**.
                                  800 LaSalle Avenue, Suite 2800
                                  Minneapolis, MN 55402
                                  Telephone: (612) 349-8500

                                  Patrick G. Burns (ARDC No. 3122589)
                                  **GREER, BURNS & CRAIN, LTD.**
                                  300 South Wacker Drive, Suite 2500
                                  Chicago, Illinois  60606
                                  Telephone:  (312) 360-0080

                                  **ATTORNEYS FOR PLAINTIFFS**
                                  **EDGE CAPTURE L.L.C. AND EDGE**
                                  **SPECIALISTS, L.L.C.**

82418324.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 9, 2011, he caused a true and correct copy of **UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS WOLVERINE TRADING, L.L.C AND WOLVERINE EXECUTION SERVICES, L.L.C.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS (D.E. 147)** to be served via electronic mail on the following attorneys of record in this case:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

                                                  s/ Patrick G. Burns

82418324.1