# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Edge Capture L.L.C., et al.
                           Plaintiff,

v.
                                                Case No.: 1:09−cv−01521
                                                Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2011:

      MINUTE entry before Honorable Morton Denlow:Oral argument held on 8/9/2011. Unopposed motion to extend the time to respond to Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C.s answer, affirmative defenses, and Counterclaims [213] is granted. For the reasons stated in open court, Plaintiff's motion to compel [191] and Plaintiff's motion to compel the Wolverine Defendants to comply with LPR 2.1(b)(1), to extend the deadline for Edge to serve its LPR 2.2 initial infringement contentions regarding Wolverine, and to adopt the briefing schedule from DE 194 for this motion [197] is granted in part and denied in part as stated in open court. Miles A. Finn's motion for leave to appear Pro Hac Vice [195] is granted. Status hearing is set for 9/27/2011 at 10:00 A.M.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.