# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1521 | **DATE** | 8/30/2011 |
| **CASE TITLE** | Edge Capture L.L.C., et al. vs. Barclays Bank PLC, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs Edge Capture L.L.C.'s and Edge Specialists, L.L.C.'s Motion to Dismiss Defendant Barclays' and Defendant UBS's State Law and Inequitable Conduct Counterclaims and Affirmative Defenses [169] is granted in part and denied in part. If Barclays and UBS can cure the deficiencies in their inequitable conduct affirmative defenses and counterclaims, they may file such amendments on or before September 16, 2011.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|