IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> **JURY TRIAL DEMANDED** <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Denlow |

**UNOPPOSED MOTION OF PLAINTIFFS EDGE CAPTURE L.L.C. AND EDGE SPECIALISTS, L.L.C. FOR LEAVE TO WITHDRAW COUNSEL**

Plaintiffs, Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge"), through one of its attorneys, Patrick G. Burns, and pursuant to L.R. 83.17, respectfully request leave to withdraw Glenna L. Gilbert as attorney in this case.

Glenna L. Gilbert has recently left the employ of Robins, Kaplan, Miller & Ciresi L.L.P. and therefore has no additional interest in the captioned proceeding. Munir R. Meghjee of Robins, Kaplan, Miller & Ciresi L.L.P. (admitted *pro hac vice*) has at all times and will remain lead counsel on behalf of Edge in this matter, and Patrick G. Burns and Greer, Burns & Crain, Ltd. continue as local counsel on behalf of Edge, assuring no delay or prejudice to any of the parties to this lawsuit. Defendants do not oppose this motion.

Dated: September 9, 2011

By: _/s/Patrick G. Burns_____
Ronald J. Schutz (*pro hac* vice)
Munir R. Meghjee (*pro hac* vice)
Sang Young A. Brodie (*pro hac* vice)
Miles A. Finn (*pro hac* vice)
Seth A. Nielsen (*pro hac* vice)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

Patrick G. Burns (ARDC No. 3122589)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois  60606
Telephone:  (312) 360-0080

**ATTORNEYS FOR PLAINTIFFS**
**EDGE CAPTURE L.L.C. AND EDGE**
**SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 9, 2011, he caused a true and correct copy of **MOTION OF PLAINTIFFS EDGE CAPTURE L.L.C. AND EDGE SPECIALISTS, L.L.C. FOR LEAVE TO WITHDRAW COUNSEL** to be served via electronic mail on the following attorneys of record in this case:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

/s/ Patrick G. Burns
Patrick G. Burns