**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., ) ) ) ) Plaintiffs, ) ) v. ) ) BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., ) ) ) ) ) ) ) ) ) Defendants. ) ) | Civil Action No. 09 CV 1521<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow |

**UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO THE BARCLAYS AND UBS DEFENDANTS' ANSWERS AND COUNTERCLAIMS (D.E. 148, 150-151)**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge"), by and through their attorneys, request an extension to September 23, 2011, to answer the counterclaims served by Barclays Capital Inc., UBS Financial Services Inc., and UBS Securities, L.L.C. (collectively, the "Barclays and UBS Defendants") (D.E. 148, 150-151).

Edge's answers to the Barclays and UBS Defendants' counterclaims are currently due on September 16, 2011. However, the Court granted the Barclays and UBS Defendants leave to file amended counterclaims, if any, in its Order dated August 30, 2011 granting in part and denying in Part Edge's motion to dismiss the originally-filed counterclaims and affirmative defenses. (D.E. 220). Counsel for the Barclays and UBS Defendants has informed Edge's counsel that Defendants have not yet finalized their plans for any amendments. Should the Barclays and UBS

Defendants elect to file amended counterclaims, those counterclaims would be due on or before September 16, 2011.

Accordingly, this request for an extension is made to prevent duplicative filings should the Barclays and UBS Defendants serve amended counterclaims pursuant to this Court's Order (D.E. 220). This request for an extension of time is made in good faith and is not designed for the purpose of delay. No party will be prejudiced by the Court granting this extension of time. Edge's counsel has contacted counsel for the Barclays and UBS Defendants, who does not oppose this request.

Dated: September 14, 2011

By: /s/Patrick G. Burns
Ronald J. Schutz (*pro hac* vice)
Munir R. Meghjee (*pro hac* vice)
Sang Young A. Brodie (*pro hac* vice)
Miles A. Finn (*pro hac* vice)
Seth A. Nielsen (*pro hac* vice)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

Patrick G. Burns (ARDC No. 3122589)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080

**ATTORNEYS FOR PLAINTIFFS
EDGE CAPTURE L.L.C. AND EDGE
SPECIALISTS, L.L.C.**

82488012

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 14, 2011, he caused a true and correct copy of **UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO THE BARCLAYS AND UBS DEFENDANTS' ANSWERS AND COUNTERCLAIMS (D.E. 148, 150-151)** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

 /s/ Patrick G. Burns
Patrick G. Burns

82488012