# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Edge Capture L.L.C., et al.
                        Plaintiff,

v.                                               Case No.: 1:09−cv−01521
                                                     Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 15, 2011:

      MINUTE entry before Honorable Charles R. Norgle, Sr: Unopposed Motion of Plaintiffs for leave to Withdraw Counsel [221] is granted. Glenna L. Gilbert is granted leave to withdraw as attorney in this case. Unopposed Motion for Extension of Time [224] is granted. The parties are not required to appear before the court on Friday, September 16, 2011. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.