**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,** | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| **BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC** | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

**DEFENDANTS WOLVERINE TRADING, LLC AND WOLVERINE EXECUTION SERVICES, LLC'S OBJECTION TO THE DISCLOSURE OF CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION TO PLAINTIFF'S DESIGNATED <u>EXPERT WITNESS DR. ISRAEL NELKEN</u>**

Wolverine Trading, LLC and Wolverine Execution Services, LLC respectfully move this court to prohibit the disclosure of Wolverine's confidential and highly confidential information to Edge Capture L.L.C. and Edge Specialists, L.L.C.'s Designated Expert Witness, Dr. Israel Nelken, for the reasons stated in the accompanying memorandum.

2

Dated: September 22, 2011　　　　　　　　　　Respectfully submitted,

By: /s/ Robert W. Unikel
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602-4231
robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com
michelle.marek@kayescholer.com
Tel: 312.583.2340
Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that, on September 22, 2011, a copy of the foregoing Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC's Objection to the Disclosure of Confidential and Highly Confidential Information to Plaintiff's Designated Expert Witness Dr. Israel Nelken was served by electronically filing using this Court's CM/ECF system upon the following counsel of record:

**By CM/ECF Notification**:

Gavin James O'Keefe
gokeefe@gbclaw.net
Jeana R. Lervick
jlervic@gbclaw.net
Patrick G. Burns
pburns@gbclaw.net
GREER BURNS & CRAIN LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606

Glenna Lynn Gilbert
glgilbert@rkmc.com
Munir R. Meghjee
mrmeghejee@rkmc.com
Ronald Schutz
rjschutz@rkmc.com
Sang A. Young Brodie
sybrodie@rkmc.com
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists L.L.C.*

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005

Emily Newhouse Dillingham
emilydillinghman@paulhastings.com
PAUL HASTINGS LLP
191 N. Wacker Drive
Chicago, Illinois 60606

Jeffery G. Randall
jeffrandall@paulhastings.com
PAUL HASTINGS LLP
Palo Alto, California 94304

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities, L.L.C.*

                                            /s/ Robert W. Unikel
                                            Robert W. Unikel