# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To: Attached Service List

PLEASE TAKE NOTICE THAT on Tuesday, September 27, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow in courtroom 1350 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Defendants Wolverine Trading, LLC And Wolverine Execution Services, LLC's Objection To The Disclosure of Confidential And Highly Confidential Information To Plaintiff's Designated Expert Witness Dr. Israel Nelken.

2

|  |  |
|---|---|
| Dated:  September 22, 2011 | Respectfully submitted,<br><br>By: /s/ Robert W. Unikel<br>Robert W. Unikel<br>Deanna L. Keysor<br>Michelle K. Marek<br>KAYE SCHOLER LLP<br>70 W. Madison Street, Suite 4100<br>Chicago, IL 60602-4231<br>robert.unikel@kayescholer.com<br>deanna.keysor@kayescholer.com<br>michelle.marek@kayescholer.com<br>Tel: 312.583.2340<br>Fax: 312.583.2300<br><br>*Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on September 22, 2011, a copy of the foregoing **Notice of Motion** was served by electronically filing using this Court's CM/ECF system upon the following counsel of record:

**By CM/ECF Notification**:

Gavin James O'Keefe
gokeefe@gbclaw.net
Jeana R. Lervick
jlervic@gbclaw.net
Patrick G. Burns
pburns@gbclaw.net
GREER BURNS & CRAIN LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606

Glenna Lynn Gilbert
glgilbert@rkmc.com
Munir R. Meghjee
mrmeghejee@rkmc.com
Ronald Schutz
rjschutz@rkmc.com
Sang A. Young Brodie
sybrodie@rkmc.com
ROBINS KAPLAN MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists L.L.C.*

Allan M. Soobert
allansoobert@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005

Emily Newhouse Dillingham
emilydillinghman@paulhastings.com
PAUL HASTINGS LLP
191 N. Wacker Drive
Chicago, Illinois 60606

Jeffery G. Randall
jeffrandall@paulhastings.com
PAUL HASTINGS LLP
Palo Alto, California 94304

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities, L.L.C.*

                        /s/ Robert W. Unikel
                        Robert W. Unikel