**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ) ) ) Plaintiffs, ) ) v. ) ) BARCLAYS BANK PLC, BARCLAYS CAPITAL ) INC., UBS AG, UBS FINANCIAL SERVICES ) INC., UBS SECURITIES LLC, WOLVERINE ) TRADING, L.L.C., AND WOLVERINE ) EXECUTION SERVICES, L.L.C., ) ) Defendants. ) | Civil Action No. 09-cv-1521<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:

Ronald J. Schutz
Munir R. Meghjee
Sang A. Young Brodie
Seth A. Nielsen
Anthony G. Beasley
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

Miles A. Finn
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Phone: (212) 980-7439

Patrick G. Burns
Gavin James O'Keefe
Justin R. Gaudio
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0800

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Phone: (312) 583-2300

PLEASE TAKE NOTICE that on Tuesday, September 27, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow, or any judge sitting in his stead in Courtroom 1350, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Barclays and UBS Defendants' Motion to Prevent Disclosure of Their Confidential Information to Dr. Israel Nelken, a copy of which is served herewith.

Dated: September 22, 2011

Respectfully submitted,

By:     */s/ Jeffrey G. Randall*
Jeffrey G. Randall (admitted *pro hac vice*)
Jeffrey D. Comeau (admitted *pro hac vice*)
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1800

Allan M. Soobert (admitted *pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
PAUL HASTINGS LLP
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499-6292

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities LLC*

**CERTIFICATE OF SERVICE**

I, Jeffrey G. Randall, hereby certify that on September 22, 2011 I caused a true and correct copy of the foregoing Notice of Motion of the Barclays and UBS Defendants' Motion to Prevent Disclosure of Their Confidential Information to Dr. Israel Nelken, to be served by electronic filing using the CM/ECF system upon:

Anthony Beasley
agbeasley@rkmc.com

Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Miles A. Finn
mafinn@rkmc.com

Justin R. Gaudio
jgaudio@gbclaw.net

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Seth A. Nielsen
sanielsen@rkmc.com

Gavin James OKeefe
gokeefe@gbclaw.net

Ronald Schutz
rjschutz@rkmc.com

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Dated: September 22, 2011 By: */s/ Jeffrey G. Randall*