**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 09 CV 1521 |
| ) v. ) ) | **JURY TRIAL DEMANDED** |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., ) ) ) ) ) ) ) ) ) | Judge Charles R. Norgle, Sr. Magistrate Judge Denlow |
| Defendants. ) ) | |

**PLAINTIFFS' MOTION TO ALLOW DR. ISRAEL NELKEN ACCESS TO
CERTAIN INFORMATION OF WOLVERINE TRADING, L.L.C.
AND WOLVERINE EXECUTION SERVICES, L.L.C.**

82652379.1

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. (collectively "Edge") respectfully move the Court for an order allowing Dr. Israel Nelken: (1) access to a four-page, high-level flowchart produced by defendants Wolverine Trading L.L.C. and Wolverine Execution Services, L.L.C. (collectively "Wolverine") as part of their Local Patent Rule 2.1 Initial Disclosures; and (2) to attend the Fed R. Civ. P. 30(b)(6) deposition of Wolverine on topics relating to the five trades cited in the Amended Complaint and to the system(s) that engaged in those trades.

This motion is made pursuant to instructions from the Court at the September 27, 2011 status conferences that if, during the initial disclosure phase of the case, information to which Edge feels that Dr. Nelken should be allowed access is marked Highly Confidential, then Edge is to bring that matter "to [the Court's] attention." Tr. of Sept. 27, 2011 Hearing at 69-70. Dr. Nelken is bound by the Agreed Protective Order in this case, and there is no credible risk to Defendants of inadvertent disclosure of the alleged Highly Confidential information.

Pursuant to Local Rule 37.2, Plaintiffs' counsel met and conferred with Wolverine's counsel as to the issues raised herein both through correspondence (*see, e.g.,* Exhibits A and B) and by a teleconference, which occurred on November 15, 2011. The parties were unable to resolve their disagreement.

Respectfully submitted,

Dated: _November 21, 2011_    By: _s/Patrick G. Burns/_
Ronald J. Schutz (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
Sang Young A. Brodie (*pro hac vice*)
Anthony G. Beasley (*pro hac vice*)
Miles A. Finn (*pro hac vice*)
Seth A. Nielsen (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Facsimile: (612) 339-4181

-and-

Patrick G. Burns (ARDC No. 3122589)
Justin R. Gaudio (ARDC No. 6296562)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0080
Facsimile: (312) 360-9315

**Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.**

82652379.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on  November 21, 2011, he caused a true and correct copy of **MOTION FOR MODIFICATION OF THE AGREED SCHEDULING ORDER** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

                                                         s/Patrick G. Burns
                                                     Patrick G. Burns

82652379.1