## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
### Eastern Division

Edge Capture L.L.C., et al.
                                 Plaintiff,

v.                                                        Case No.: 1:09−cv−01521
                                                       Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2011:

      MINUTE entry before Honorable Morton Denlow: Motion hearing held on 11/28/2011. Plaintiffs' motion to allow Dr. Israel Nelken access to certain information of Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C. [242] is granted for the reasons stated in open court. Status hearing set for 11/29/2011 is stricken and reset to 1/31/2012 at 10:15 A.M.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.