**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 09 CV 1521 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., | ) ) ) ) ) ) ) ) | Judge Charles R. Norgle, Sr. Magistrate Judge Denlow |
| Defendants. | ) ) | |

### NOTICE OF MOTION

TO:

Jeffrey G. Randall
Jeffrey D. Comeau
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
1117 South California Avenue
Palo Alto, California  94304-1106
Phone: (650) 320-1800

Allan M. Soobert
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
875 15th Street, N.W.
Washington, D.C.  20005
Phone: (202) 551-1700

Emily Newhouse Dillingham
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 499-6292

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL  60602-4231
Phone: (312) 583-2300

PLEASE TAKE NOTICE that on January 11, 2012, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow, or any judge sitting in his stead in Courtroom 1350, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **PLAINTIFFS' MOTION TO ALLOW DR. ISRAEL NELKEN ACCESS TO CERTAIN INFORMATION OF BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC.**, a copy of which is served herewith.

Dated: January 6, 2012

Respectfully submitted,

By: /s/ Patrick G. Burns

Ronald J. Schutz (*pro hac* vice)
Munir R. Meghjee (*pro hac* vice)
Sang Young A. Brodie (*pro hac* vice)
Anthony G. Beasley (*pro hac vice*)
Miles A. Finn (*pro hac vice*)
Seth A. Nielsen (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

Patrick G. Burns (ARDC No. 3122589)
Justin R. Gaudio (ARDC No. 6296562)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080

**ATTORNEYS FOR PLAINTIFFS
EDGE CAPTURE L.L.C. AND EDGE
SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 6, 2012, he caused a true and correct copy of **NOTICE OF MOTION** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

s/ Patrick G. Burns
Patrick G. Burns