**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 09 CV 1521 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., | ) ) ) ) ) ) ) ) | Judge Charles R. Norgle, Sr.  Magistrate Judge Denlow |
| Defendants. | ) ) | |

## JOINT MOTION TO STAY THE JANUARY 25, 2012
## DEADLINES IN THE AGREED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. and Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., UBS Securities LLC, Wolverine Trading, L.L.C., and Wolverine Execution Services L.L.C. jointly move this Court to stay the January 25, 2012 deadlines in the Agreed Scheduling Order (D.E. 178) until the parties have completed the events prescribed by LPR 2.2–2.5 and submitted a revised proposed schedule to the Court.

On May 6, 2011, Judge Norgle entered the Agreed Scheduling Order submitted by the parties, which was modeled after the Local Patent Rules and contained dates certain for most deadlines in the case. (D.E. 178.) On July 20, 2011, Judge Denlow granted the parties' Joint Motion to Modify the Case Schedule, in Part, to Stay the Deadlines in the Agreed Scheduling Order (D.E. 178) for Events Covered by LPR 2.2–2.5. (D.E. 203.) In particular, those deadlines were stayed pending defendants' supplementation of their respective LPR 2.1 Initial Disclosures.

1

At that time, the parties did not request that the Court modify the subsequent deadlines for the LPR 3.1 Final Infringement Contentions, LPR 3.1 Final Unenforceability and Invalidity Contentions, or LPR 3.3 Document Production Accompanying Final Invalidity Contentions. However, the parties did "agree to evaluate and reasonably accommodate additional proposed changes to the case schedule[.]" (D.E. 200 at 2.) Indeed, at the November 28, 2011 hearing, the parties advised the Court that they might seek further modifications to the case schedule, which the Court indicated it would accommodate. Hearing Tr. at 12:8-13:10.

Defendants are currently in the process of supplementing their respective LPR 2.1 Initial Disclosures and, thus, the parties have not completed the events covered by LPR 2.2–2.5. However, because the deadlines for the LPR 3.1 Final Contentions and LPR 3.3 Document Production were not stayed, these deadlines are currently set for January 25, 2012. All parties agree it would not be feasible to submit the LPR 3.1 Final Contentions or the LPR 3.3 Document Production at this time. Furthermore, the LPR clearly contemplate completing LPR 2.2–2.5 before LPR 3.1 and LPR 3.3. Therefore, good cause exists to stay the January 25, 2012 deadlines in the Agreed Scheduling Order until the parties have completed LPR 2.2–2.5 and submitted a revised schedule to the Court.[1]

Respectfully submitted,

Dated: January 20, 2012       By: */s/ Anthony G. Beasley*

Ronald J. Schutz (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
Sang Young A. Brodie (*pro hac vice*)
Anthony G. Beasley (*pro hac vice*)
Miles A. Finn (*pro hac* vice)
Seth A. Nielsen (*pro hac vice*)

---

[1] The parties recognize that other future deadlines in the schedule may need to be adjusted and agree to meet and confer regarding proposing further changes to the schedule.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Facsimile: (612) 339-4181

-and-

Patrick G. Burns (ARDC No. 3122589)
Justin R. Gaudio (ARDC No. 6296562)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0080
Facsimile: (312) 360-9315

**Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.**

Dated:  January 20, 2012          By: */s/ Robert Unikel*_____
                                      Robert Unikel
                                      Deanna L. Keysor
                                      Michelle K. Marek
                                      **KAYE SCHOLER L.L.P.**
                                      3 First National Plaza
                                      70 West Madison Street
                                      Suite 4100
                                      Chicago, IL  60602-4231
                                      Phone: (312) 583-2300
                                      Facsimile: (312) 583-2360

**Attorneys for Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C.**

Dated:  January 20, 2012          By: */s/ Jeffrey G. Randall*_____
                                      Jeffrey G. Randall
                                      Jeffrey D. Comeau
                                      **PAUL HASTINGS LLP**
                                      1117 South California Avenue
                                      Palo Alto, California  94304-1106
                                      Phone: (650) 320-1800

Allan M. Soobert
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, D.C.  20005

Emily Newhouse Dillingham
**PAUL HASTINGS LLP**
191 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 499-6292

**Attorneys for Defendants Barclays Bank PLC,
Barclays Capital Inc., UBS AG, UBS Financial
Services Inc., and UBS Securities LLC**

## CERTIFICATE OF SERVICE

I, Jeffrey G. Randall, hereby certify that on January 20, 2012 I caused a true and correct copy of the foregoing Joint Motion to Stay the January 25, 2012 Deadlines in the Agreed Scheduling Order, to be served by electronic filing using the CM/ECF system upon:

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Jeana R. Lervick
jlervick@gbclaw.net; docket@gbclaw.net

Justin R. Gaudio
jgaudio@gbclaw.net

Gavin James OKeefe
gokeefe@gbclaw.net

Ronald Schutz
rjschutz@rkmc.com

Anthony Beasley
agbeasley@rkmc.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Miles A. Finn
mafinn@rkmc.com

Seth A. Nielsen
sanielsen@rkmc.com

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Dated: January 20, 2012                    By:  */s/ Jeffrey G. Randall*