**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., )<br>)<br>Plaintiffs,       )<br>)<br>v.                           )<br>)<br>BARCLAYS BANK PLC, BARCLAYS CAPITAL )<br>INC., UBS AG, UBS FINANCIAL SERVICES )<br>INC., UBS SECURITIES LLC, WOLVERINE )<br>TRADING, L.L.C., AND WOLVERINE )<br>EXECUTION SERVICES, L.L.C., )<br>)<br>Defendants.       ) | Civil Action No. 09-cv-1521<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:

Ronald J. Schutz
Munir R. Meghjee
Sang A. Young Brodie
Seth A. Nielsen
Anthony G. Beasley
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

Miles A. Finn
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Phone: (212) 980-7439

Patrick G. Burns
Gavin James O'Keefe
Justin R. Gaudio
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0800

Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
**KAYE SCHOLER LLP**
3 First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL 60602-4231
Phone: (312) 583-2300

PLEASE TAKE NOTICE that on Wednesday, January 25, 2012, at 9:15 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Morton Denlow, or any judge sitting in his stead in Courtroom 1350, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the parties' Joint Motion to Stay the January 25, 2012 Deadlines in the Agreed Scheduling Order, a copy of which is served herewith.

Dated: January 20, 2012            Respectfully submitted,

By:       */s/ Jeffrey G. Randall*
Jeffrey G. Randall (admitted *pro hac vice*)
Jeffrey D. Comeau (admitted *pro hac vice*)
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1800

Allan M. Soobert (admitted *pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
PAUL HASTINGS LLP
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499-6292

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities LLC*

## **CERTIFICATE OF SERVICE**

I, Jeffrey G. Randall, hereby certify that on January 20, 2012 I caused a true and correct copy of the foregoing Notice of Motion of the parties' Joint Motion to Stay the January 25, 2012 Deadlines in the Agreed Scheduling Order, to be served by electronic filing using the CM/ECF system upon:

Patrick G. Burns
pburns@gbclaw.net, docket@gbclaw.net

Jeana R. Lervick
jlervick@gbclaw.net; docket@gbclaw.net

Justin R. Gaudio
jgaudio@gbclaw.net

Gavin James OKeefe
gokeefe@gbclaw.net

Ronald Schutz
rjschutz@rkmc.com

Anthony Beasley
agbeasley@rkmc.com

Munir R. Meghjee
mrmeghjee@rkmc.com, ljlewis@rkmc.com, jkcornelius@rkmc.com

Sang A. Young Brodie
sybrodie@rkmc.com, mjlarson@rkmc.com, mmtacheny@rkmc.com

Miles A. Finn
mafinn@rkmc.com

Seth A. Nielsen
sanielsen@rkmc.com

Deanna Keysor
deanna.keysor@kayescholer.com

Michelle K. Marek
michelle.marek@kayescholer.com

3

Robert W. Unikel
Robert.unikel@kayescholer.com; maondil@kayescholer.com

Dated: January 20, 2012                              By:  */s/ Jeffrey G. Randall*