IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> **JURY TRIAL DEMANDED** <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Denlow |

**JOINT MOTION TO STAY ALL CURRENT DEADLINES
IN THE AGREED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. and Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., UBS Securities LLC, Wolverine Trading, L.L.C., and Wolverine Execution Services L.L.C. jointly move this Court to stay all current deadlines in the Agreed Scheduling Order (D.E. 178) until the parties have completed the events prescribed by LPR 2.2–2.5 and submitted a revised proposed schedule to the Court.

On May 6, 2011, Judge Norgle entered the Agreed Scheduling Order submitted by the parties, which was modeled after the Local Patent Rules and contained dates certain for most deadlines in the case. (D.E. 178.) On July 20, 2011, Judge Denlow granted the parties' Joint Motion to Modify the Case Schedule, in Part, to Stay the Deadlines in the Agreed Scheduling Order (D.E. 178) for Events Covered by LPR 2.2–2.5. (D.E. 203.) In particular, those deadlines

1

were stayed pending defendants' supplementation of their respective LPR 2.1 Initial Disclosures. At that time, the parties did not request that the Court modify the subsequent deadlines for the LPR 3.1 Final Infringement Contentions, LPR 3.2 Final Unenforceability and Invalidity Contentions, or LPR 3.3 Document Production Accompanying Final Invalidity Contentions. However, the parties did "agree to evaluate and reasonably accommodate additional proposed changes to the case schedule[.]" (D.E. 200 at 2.) Indeed, at both the November 28, 2011 and January 31, 2012 hearings, the parties advised the Court that they would seek further modifications to the case schedule, which the Court indicated it would accommodate. *See, e.g.*, Nov. 28, 2011 Hearing Tr. at 12:8-13:10.

In its January 23, 2012 ruling (D.E. 252), the Court stayed deadlines previously set for January 25, 2012 because Defendants were in the process of supplementing their respective LPR 2.1 Initial Disclosures and, thus, had not completed the events covered by LPR 2.2–2.5. However, at that time, deadlines subsequent to January 25, 2012 were not stayed, including deadlines for Final Non-Infringement Contentions and Final Contentions in Response to Final Unenforceability & Invalidity Contentions under LPR 3.2, which are currently set for February 22, 2012. All parties agree it would not be feasible to submit the LPR 3.2 contentions at this time. Further, the parties expect to discuss a new, proposed case schedule that it will address with the Court, at the latest, at the upcoming status hearing on March 1, 2012. Therefore, good cause exists to stay all upcoming deadlines in the Agreed Scheduling Order until the parties have completed LPR 2.2–2.5 and submitted a revised schedule to the Court.

Respectfully submitted,

Dated: February 17, 2012         By: */s/ Patrick G. Burns*
    Ronald J. Schutz (*pro hac vice*)
    Munir R. Meghjee (*pro hac vice*)
    Anthony G. Beasley (*pro hac vice*)
    Miles A. Finn (*pro hac vice*)
    Seth A. Nielsen (*pro hac vice*)
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, Minnesota 55402
    Phone: (612) 349-8500
    Facsimile: (612) 339-4181

    -and-

    Patrick G. Burns (ARDC No. 3122589)
    Justin R. Gaudio (ARDC No. 6296562)
    Gavin James O'Keefe (ARDC No. 6293489)
    **GREER, BURNS & CRAIN, LTD.**
    300 South Wacker Drive
    Suite 2500
    Chicago, Illinois 60606
    Phone: (312) 360-0080
    Facsimile: (312) 360-9315

    **Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.**

Dated: February 17, 2012         By: */s/ Robert Unikel*
    Robert Unikel
    Deanna L. Keysor
    Michelle K. Marek
    **KAYE SCHOLER L.L.P.**
    3 First National Plaza
    70 West Madison Street
    Suite 4100
    Chicago, IL 60602-4231
    Phone: (312) 583-2300
    Facsimile: (312) 583-2360

    **Attorneys for Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C.**

Dated: February 17, 2012    By: */s/ Jeffrey G. Randall*
Jeffrey G. Randall (*pro hac vice*)
Jeffrey D. Comeau (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 South California Avenue
Palo Alto, California 94304-1106
Phone: (650) 320-1800

Allan M. Soobert (*pro hac vice*)
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, D.C. 20005

Emily Newhouse Dillingham
**PAUL HASTINGS LLP**
191 North Wacker Drive
Chicago, Illinois 60606
Phone: (312) 499-6292

**Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., UBS AG, UBS Financial Services Inc., and UBS Securities LLC**

4

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 17, 2012, he caused a true and correct copy of **JOINT MOTION TO STAY ALL CURRENT DEADLINES IN THE AGREED SCHEDULING ORDER** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

*/s/ Patrick G. Burns*_____
Patrick G. Burns