IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ) ) ) ) Plaintiffs, ) ) v. ) ) BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., ) ) ) ) ) ) ) ) ) Defendants. ) ) | Civil Action No. 09 CV 1521<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Denlow |

**MOTION OF PLAINTIFFS EDGE CAPTURE L.L.C. AND EDGE SPECIALISTS, L.L.C. FOR LEAVE TO WITHDRAW COUNSEL**

Plaintiffs, Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge"), through one of its attorneys, Patrick G. Burns, and pursuant to L.R. 83.17, respectfully request leave to withdraw Sang Young A. Brodie as attorney in this case.

Sang Young A. Brodie has recently left the employ of Robins, Kaplan, Miller & Ciresi L.L.P. and therefore has no additional interest in the captioned proceeding. Munir R. Meghjee of Robins, Kaplan, Miller & Ciresi L.L.P. (admitted *pro hac vice*) has at all times and will remain lead counsel on behalf of Edge in this matter, and Patrick G. Burns and Greer, Burns & Crain, Ltd. continue as local counsel on behalf of Edge, assuring no delay or prejudice to any of the parties to this lawsuit. Defendants do not oppose this motion.

Dated: March 2, 2012        Respectfully submitted,

By: */s/ Patrick G. Burns*
   Ronald J. Schutz (*pro hac* vice)
   Munir R. Meghjee (*pro hac* vice)
   Sang Young A. Brodie (*pro hac* vice)
   Anthony G. Beasley (*pro hac vice*)
   Miles A. Finn (*pro hac vice*)
   Seth A. Nielsen (*pro hac vice*)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   800 LaSalle Avenue, Suite 2800
   Minneapolis, MN 55402
   Telephone: (612) 349-8500

   Patrick G. Burns (ARDC No. 3122589)
   Justin R. Gaudio (ARDC No. 6296562)
   Gavin James O'Keefe (ARDC No. 6293489)
   **GREER, BURNS & CRAIN, LTD.**
   300 South Wacker Drive, Suite 2500
   Chicago, Illinois 60606
   Telephone: (312) 360-0080

   **ATTORNEYS FOR PLAINTIFFS**
   **EDGE CAPTURE L.L.C. AND EDGE**
   **SPECIALISTS, L.L.C.**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 2, 2012, he caused a true and correct copy of **MOTION OF PLAINTIFFS EDGE CAPTURE L.L.C. AND EDGE SPECIALISTS, L.L.C. FOR LEAVE TO WITHDRAW COUNSEL** to be served via electronic mail on the following attorneys of record in this case:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

*/s/ Patrick G. Burns*_____
Patrick G. Burns