IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 09 CV 1521 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES LLC, WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., | ) ) ) ) ) ) ) ) | Judge Charles R. Norgle, Sr.  Magistrate Judge Denlow |
| Defendants. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on March 7, 2011 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Morton Denlow, or any judge sitting in his stead, in Room 1350 of the Federal Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion of Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. For Leave To Withdraw Counsel.**

Dated: March 2, 2012       Respectfully submitted,

By: */s/ Patrick G. Burns*
    Ronald J. Schutz (*pro hac* vice)
    Munir R. Meghjee (*pro hac* vice)
    Sang Young A. Brodie (*pro hac* vice)
    Anthony G. Beasley (*pro hac vice*)
    Miles A. Finn (*pro hac vice*)
    Seth A. Nielsen (*pro hac vice*)
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
    Telephone: (612) 349-8500

    Patrick G. Burns (ARDC No. 3122589)
    Justin R. Gaudio (ARDC No. 6296562)
    Gavin James O'Keefe (ARDC No. 6293489)
    **GREER, BURNS & CRAIN, LTD.**
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    Telephone: (312) 360-0080

    **ATTORNEYS FOR PLAINTIFFS**
    **EDGE CAPTURE L.L.C. AND EDGE**
    **SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 2, 2012, he caused a true and correct copy of **NOTICE OF MOTION** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

*/s/ Patrick G. Burns*_____
Patrick G. Burns