# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1521 | **DATE** | 3/5/2012 |
| **CASE TITLE** | Edge Capture LLC vs. Barclays Bank PLC, et al | | |

**DOCKET ENTRY TEXT**

Motion of Plaintiffs Edge Capture LLC and Edge Specialists, LLC for leave to withdraw Sang Young A. Brodie as counsel in this case [259] is granted. No appearance is required on the 3/7/2012 notice date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|