**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

**DEFENDANTS WOLVERINE TRADING, LLC AND WOLVERINE EXECUTION SERVICES, LLC'S MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATION**

Wolverine Trading, LLC and Wolverine Execution Services, LLC (collectively "Wolverine") respectfully move this court to permit Wolverine's Initial Invalidity Contentions to maintain a designation of Highly Confidential, for the reasons stated in the accompanying memorandum.

Dated: April 10, 2012

Respectfully submitted,

By: /s/ Robert W. Unikel
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602-4231
robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com
michelle.marek@kayescholer.com
Tel: 312.583.2340

Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 10, 2012, a copy of the foregoing Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC's Motion to Maintain Confidentiality Designation was served by electronically filing using this Court's CM/ECF system upon the following counsel of record:

Anthony Beasley (agbeasley@rkmc.com)
Munir R. Meghjee (mrmeghjee@rkmc.com)
Seth Nielsen (sanielsen@rkmc.com)
Ronald J. Schutz (rjschutz@rkmc.com)
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN 55402

Patrick G. Burns (pburns@gbclaw.net)
Justin R. Gaudio (jgaudio@gbclaw.net)
Gavin O'Keefe (gokeefe@gbclaw.net)
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606

Miles Finn (mafinn@rkmc.com)
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Ave.
Suite 3400
New York, New York 10022

Jeffrey Commeau (jeffreycomeau@paulhastings.com)
Jeffrey Randall (jeffrandall@paulhastings.com)
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106

Emily Newhouse Dillingham (emilydillingham@paulhastings.com)
Paul Hastings LLP
191 N. Wacker Dr.
13th Floor
Chicago, IL 60606

60691629_1.DOCX

Allan M. Soobert (allansoobert@paulhastings.com)
Paul Hastings LLP
875 15th Street, N.W.
Washington, D.C. 20005

/s/ Robert W. Unikel_____