**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., ) ) ) ) Plaintiffs, ) ) v. ) ) BARCLAYS BANK PLC, BARCLAYS ) CAPITAL INC., UBS AG, UBS ) FINANCIAL SERVICES INC., UBS ) SECURITIES, L.L.C., WOLVERINE ) TRADING, L.L.C., AND WOLVERINE ) EXECUTION SERVICES, L.L.C., ) ) Defendants. ) ) | Civil Action No. 09 CV 1521 **JURY TRIAL DEMANDED** Judge Charles R. Norgle, Sr. Magistrate Judge Denlow |

**PLAINTIFFS' UNOPPOSED MOTIONTO FILE UNDER SEAL ITS MEMORANDUM
OF SUPPORT OF ITS MOTION TO STRIKE, OR IN THE ALTERNATIVE, TO
COMPEL SUPPLEMENTATION, AND CERTAIN EXHIBITS THERETO**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge"), by and through their undersigned attorneys, and pursuant to Local Rule 26.2 of the United States District Court for the Northern District of Illinois, request the filing, under seal, of Edge's Memorandum in Support of its Motion to Strike, Or in the Alternative, to Compel Supplementation of Defendant Wolverine's LPR 2.3 Initial Invalidity Contentions ("Motion to Strike"), and Exhibits A, B, C, and E to the Declaration of Anthony G. Beasley in support thereof. In support of this Motion, Edge states as follows:

1. Edge's Memorandum in Support of its Motion to Strike contains thorough discussion of Wolverine's LPR 2.3 Initial Invalidity Contentions, which Wolverine designated as "Highly Confidential" pursuant to the Agreed Protective Order in this case (D.E. 241).

2.	Exhibits A and B to the Declaration of Anthony G. Beasley in Support of Plaintiffs' Motion to Strike are copies and/or excerpts of Wolverine's LPR 2.3 Initial Invalidity Contentions, which Wolverine designated as "Highly Confidential."

3.	Exhibits C and E to the Declaration of Anthony G. Beasley in Support of Plaintiffs' Motion to Strike are copies of correspondence that discuss in thorough detail Wolverine's LPR 2.3 Initial Invalidity Contentions, and which the parties agreed to treat as "Highly Confidential."

4.	Although Edge disputes Wolverine's designation of its Invalidity Contentions as "Highly Confidential" and has filed a Motion for Reconsideration (*See* D.E. 271) of the Court's ruling allowing that designation to remain (*See* D.E. 270), Edge seeks to comply with the Agreed Protective Order in this case and the confidentiality designations in place as of the date of this filing.

5.	On April 26, 2012, counsel for Edge conferred with counsel for Wolverine, who stated that they did not oppose the filing of this motion.

WHEREFORE, Edge respectfully requests permission to file under seal its Memorandum in Support of its Motion to Strike and Exhibits A, B, C, and E to the Declaration of Anthony G. Beasley in support thereof.

Dated: April 26, 2012  Respectfully submitted,

By: */s/ Patrick G. Burns*_____
 Ronald J. Schutz (*pro hac vice*)
 Munir R. Meghjee (*pro hac vice*)
 Anthony G. Beasley (*pro hac vice*)
 Seth A. Nielsen (*pro hac vice*)
 **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
 800 LaSalle Avenue, Suite 2800
 Minneapolis, MN 55402
 Telephone: (612) 349-8500

 Patrick G. Burns (ARDC No. 3122589)
 Justin R. Gaudio (ARDC No. 6296562)
 **GREER, BURNS & CRAIN, LTD.**
 300 South Wacker Drive, Suite 2500
 Chicago, Illinois 60606
 Telephone: (312) 360-0080

 **ATTORNEYS FOR PLAINTIFFS
 EDGE CAPTURE L.L.C. AND EDGE
 SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 26, 2012, he caused a true and correct copy of **PLAINTIFFS' MOTIONTO FILE UNDER SEAL ITS MEMORANDUM OF SUPPORT OF ITS MOTION TO STRIKE, OR IN THE ALTERNATIVE, TO COMPEL SUPPLEMENTATION, AND CERTAIN EXHIBITS THERETO** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey D. Comeau | jeffreycomeau@paulhastings.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

*/s/ Patrick G. Burns*
Patrick G. Burns