**Keysor, Deanna**

| | |
|---|---|
| **From:** | Beasley, Tony G. [AGBeasley@rkmc.com] |
| **Sent:** | Thursday, April 12, 2012 3:13 PM |
| **To:** | Keysor, Deanna |
| **Cc:** | Meghjee, Munir R. |
| **Subject:** | RE: Edge /Wolverine order |

Deanna,

We will do a first draft.

Thanks,
Tony


-----Original Message-----
From: Keysor, Deanna [Deanna.Keysor@kayescholer.com]
Sent: Thursday, April 12, 2012 03:11 PM Central Standard Time
To: Beasley, Tony G.
Subject: Edge /Wolverine order

Hi Tony. Rob told me that Judge Denlow asked the parties to come up with an order re the invalidity contentions. Do you want to take the first shot at a draft or would you like us to do it? Thanks, Deanna


Deanna Keysor
KAYE SCHOLER LLP
Three First National Plaza
70 West Madison Street | Suite 4200
Chicago, Illinois 60602
T: +1 312.583.2343 | F: +1 312.583.2543
deanna.keysor@kayescholer.com | www.kayescholer.com

___

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com
_____