IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC, | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

### [PROPOSED] ORDER ON DEFENDANTS WOLVERINE TRADING, LLC AND WOLVERINE EXECUTION SERVICES, LLC'S MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATION AND EDGE CAPTURE LLC AND EDGE SPECIALISTS, LCC'S MOTION FOR RECONSIDERATION

The Court, having considered Wolverine Trading, LLC and Wolverine Execution Services, LLC's Motion to Maintain Confidentiality Designation, hereby ORDERS that the Motion is GRANTED:

1. Wolverine Trading, LLC and Wolverine Execution Services, LLC's Initial Invalidity Contentions will maintain the Highly Confidential designation pursuant to the Agreed Protective Order entered in this action;

2. Edge Capture LLC and Edge Specialists LLC may disclose the Initial Invalidity Contentions to their principals, officers, associates and/or employees who require access to the Initial Invalidity Contentions in order to assist with this litigation; and

3. Notwithstanding the above, Edge Capture LLC and Edge Specialists LLC, their principals, officers, associates, employees, agents, and attorneys, and all others acting in concert with or at the direction of the same, are prohibited from using the Initial Invalidity Contentions for any purpose outside this litigation, including submission to the United States Patent and Trademark Office.

The Court, upon consideration of Edge Capture LLC and Edge Specialists LLC's Motion for Reconsideration of this ruling and Order, hereby DENIES the Motion for Reconsideration.

So ORDERED and SIGNED this ___ day of _____, 2012

_____
Hon. Morton Denlow
United States Magistrate Judge