**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., ) ) ) ) Plaintiffs, ) ) v. ) ) BARCLAYS BANK PLC, BARCLAYS ) CAPITAL INC., UBS AG, UBS ) FINANCIAL SERVICES INC., UBS ) SECURITIES, L.L.C., WOLVERINE ) TRADING, L.L.C., AND WOLVERINE ) EXECUTION SERVICES, L.L.C., ) ) Defendants. ) | Civil Action No. 09 CV 1521  **JURY TRIAL DEMANDED**  Judge Charles R. Norgle, Sr.  Magistrate Judge Denlow |

**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN EDGE PLAINTIFFS AND UBS DEFENDANTS**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge Entities") and Defendants UBS AG, UBS Financial Services Inc., and UBS Securities LLC ("UBS Entities"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Edge Entities have agreed to dismiss with prejudice all of their claims against the UBS Entities in the above-captioned lawsuit.

2. The UBS Entities have agreed to dismiss with prejudice all of their affirmative defenses and counterclaims against the Edge Entities in the above-captioned lawsuit.

3. Nothing in this Stipulation shall be construed as a dismissal or discharge of, any claim that the Edge Entities have or may have in the future against any other Defendant named in this action. All such rights are expressly reserved.

4. Therefore, the Edge Entities and the UBS Entities respectively request the Court to dismiss with prejudice any and all claims that the Edge Entities and the UBS Entities have

asserted against one another in this lawsuit, each of them to bear their own costs and expenses incurred in or related to these claims, and to direct final judgment accordingly.

AGREED AND STIPULATED TO:

By: */s/ Munir R. Meghjee*            By: */s/ Allan M. Soobert*

| | |
|---|---|
| Ronald J. Schutz (*pro hac vice*) | Jeffrey G. Randall (*pro hac vice*) |
| Munir R. Meghjee (*pro hac vice*) | Jeffrey D. Comeau (*pro hac vice*) |
| Anthony G. Beasley (*pro hac vice*) | **PAUL HASTINGS LLP** |
| Seth A. Nielsen (*pro hac vice*) | 1117 S. California Avenue |
| **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** | Palo Alto, CA 94304-1106 |
| 2800 LaSalle Plaza | Tel: (650) 320-1800 |
| 800 LaSalle Avenue | |
| Minneapolis, Minnesota 55402 | Allan M. Soobert (*pro hac vice*) |
| Phone: (612) 349-8500 | **PAUL HASTINGS LLP** |
| Facsimile: (612) 339-4181 | 875 15th Street, N.W. |
| | Washington, DC 20005 |
| -and- | Tel: (202) 551-1700 |
| | |
| Patrick G. Burns (ARDC No. 3122589) | Emily Newhouse Dillingham |
| **GREER, BURNS & CRAIN, LTD.** | **PAUL HASTINGS LLP** |
| 300 South Wacker Drive | 191 N. Wacker Drive |
| Suite 2500 | Chicago, IL 60606 |
| Chicago, Illinois 60606 | Tel: (312) 499 6292 |
| Phone: (312) 360-0080 | |
| Facsimile: (312) 360-9315 | *Attorneys for Defendants UBS AG, UBS Financial Services Inc., and UBS Securities LLC* |
| *Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.* | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN EDGE PLAINTIFFS AND UBS DEFENDANTS** was served upon the below-listed counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 8th day of June 2012:

Allan M. Soobert    allansoobert@paulhastings.com,

Anthony Beasley    agbeasley@rkmc.com,

Deanna L Keysor    deanna.keysor@kayescholer.com,

Emily Newhouse Dillingham    emilydillingham@paulhastings.com,

Gavin James OKeefe    okeefe@mbhb.com,

Jeffrey David Comeau    jeffreycomeau@paulhastings.com,

Jeffrey G. Randall    jeffrandall@paulhastings.com,

Justin R. Gaudio    jgaudio@gbclaw.net,

Michelle Kristina Marek    michelle.marek@kayescholer.com,

Miles A. Finn    mafinn@rkmc.com,

Munir R Meghjee    mrmeghjee@rkmc.com,

Patrick G. Burns    pburns@gbclaw.net,

Robert W. Unikel    robert.unikel@kayescholer.com,

Ronald J. Schutz    rjschutz@rkmc.com,

Seth A Nielsen    sanielsen@rkmc.com

                                                     _____s/ Patrick G. Burns_____
                                                     Patrick G. Burns