**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> **JURY TRIAL DEMANDED** <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Denlow |

**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN EDGE PLAINTIFFS AND BARCLAYS DEFENDANTS**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge Entities") and Defendants Barc1ays Bank PLC and Barclays Capital Inc. ("Barclays Entities"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Edge Entities have agreed to dismiss with prejudice all of their claims against the Barclays Entities in the above-captioned lawsuit.

2. The Barclays Entities have agreed to dismiss with prejudice all of their affirmative defenses and counterclaims against the Edge Entities in the above-captioned lawsuit.

3. Nothing in this Stipulation shall be construed as a dismissal or discharge of, any claim that the Edge Entities have or may have in the future against any other Defendant named in this action. All such rights are expressly reserved.

4. Therefore, the Edge Entities and the Barclays Entities respectively request the Court to dismiss with prejudice any and all claims that the Edge Entities and the Barclays Entities have asserted against one another in this lawsuit, each of them to bear their own costs and expenses incurred in or related to these claims, and to direct final judgment accordingly.

AGREED AND STIPULATED TO:

By: */s/ Munir R. Meghjee*

Ronald J. Schutz (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
Anthony G. Beasley (*pro hac vice*)
Seth A. Nielsen (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Facsimile: (612) 339-4181

-and-

Patrick G. Burns (ARDC No. 3122589)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0080
Facsimile: (312) 360-9315

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.*

By: *Allan M. Soobert*

Jeffrey G. Randall (*pro hac vice*)
Jeffrey D. Comeau (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1800

Allan M. Soobert (*pro hac vice*)
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700

Emily Newhouse Dillingham
**PAUL HASTINGS LLP**
191 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 499 6292

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN EDGE PLAINTIFFS AND BARCLAYS DEFENDANTS** was served upon the below-listed counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 13th day of June 2012:

Allan M. Soobert  allansoobert@paulhastings.com,

Anthony Beasley  agbeasley@rkmc.com,

Deanna L Keysor  deanna.keysor@kayescholer.com,

Emily Newhouse Dillingham  emilydillingham@paulhastings.com,

Gavin James OKeefe  okeefe@mbhb.com,

Jeffrey David Comeau  jeffreycomeau@paulhastings.com,

Jeffrey G. Randall  jeffrandall@paulhastings.com,

Justin R. Gaudio  jgaudio@gbclaw.net,

Michelle Kristina Marek  michelle.marek@kayescholer.com,

Miles A. Finn  mafinn@rkmc.com,

Munir R Meghjee  mrmeghjee@rkmc.com,

Patrick G. Burns  pburns@gbclaw.net,

Robert W. Unikel  robert.unikel@kayescholer.com,

                                                                                  _____/s/Justin R. Gaudio_____
                                                                                       Justin R. Gaudio