# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC, | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

## NOTICE OF JOINT MOTION TO AMEND CASE SCHEDULING ORDER

To:  Attached Service List

PLEASE TAKE NOTICE THAT on August 6, 2012 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow in courtroom 1350 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the Joint Motion to Amend Case Scheduling Order.

Dated:  July 26, 2012

Respectfully submitted,

By: /s/ Robert W. Unikel
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com

michelle.marek@kayescholer.com
Tel: 312.583.2340
Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC*

By: /s/Seth Nielsen
Seth Nielsen (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
Anthony Beasley (*pro hac vice*)
Ronald J. Schutz (*pro hac vice*)
John K. Harting (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN 55402
sanielsen@rkmc.com
mrmeghjee@rkmc.com
agbeasley@rkmc.com
rjschutz@rkmc.com
jkharting@rkmc.com
Tel: 612.349.8500
Fax: 612.339.4181

*Attorneys for Plaintiffs*
*Edge Capture L.LC. and*
*Edge Specialists, L.L.C.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2012, the foregoing Notice of Joint Motion to Amend Scheduling Order was filed with the Clerk of the Court using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to the following counsel of record:

Anthony Beasley (agbeasley@rkmc.com)
Munir R. Meghjee (mrmeghjee@rkmc.com)
Seth Nielsen (sanielsen@rkmc.com)
Ronald J. Schutz (rjschutz@rkmc.com)
John K. Harting (jkharting@rkmc.com)
David P. Swenson (dpswenson@rkmc.com)
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN  55402

Patrick G. Burns (pburns@gbclaw.net)
Justin R. Gaudio (jgaudio@gbclaw.net)
Gavin O'Keefe (gokeefe@gbclaw.net)
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL  60606

Miles Finn (mafinn@rkmc.com)
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Ave.
Suite 3400
New York, New York  10022

*Attorneys for Plaintiffs*
*Edge Capture L.LC. and*
*Edge Specialists, L.L.C.*

/s/ Robert W. Unikel_____