**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ) ) ) | |
| ) | Civil Action No. 09-1521 |
| Plaintiffs, ) ) | |
| ) | The Honorable Charles Norgle |
| v. ) ) | |
| ) | Magistrate Judge Denlow |
| BARCLAYS BANK PLC, BARCLAYS ) CAPITAL INC., UBS AG, UBS ) FINANCIAL SERVICES INC., UBS ) SECURITIES, L.L.C., WOLVERINE ) TRADING, L.L.C., and WOLVERINE ) EXECUTION SERVICES, L.L.C., ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) | |

## NOTICE OF WITHDRAWL OF ATTORNEY

## GAVIN J. O'KEEFE WITH SUBSTITUTION

Plaintiff, EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., ("Edge"), respectfully request the withdrawal of Gavin J. O'Keefe as attorney in this case and substitute Kevin W. Guynn.

Gavin J. O'Keefe has recently left the employ of Greer, Burns & Crain, Ltd. ("GBC") and therefore has no additional interest in the captioned proceeding. Patrick G. Burns of GBC has from the outset and continues as local counsel on behalf of Edge, assuring no delay or prejudice to any of the parties to this lawsuit.

The appearance of Kevin W. Guynn is concurrently filed as substitute.

1

Respectfully submitted,

Dated: August 9, 2012          s/Kevin W. Guynn/
*Kevin W. Guynn (IL 3124379)*
*Greer, Burns & Crain, Ltd.*
*Suite 2500*
*Chicago, IL 60606*
*312-360-0080*
*kguynn@gbclaw.net*
*Attorney for Plaintiff, EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.*

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF WITHDRAWL OF ATTORNEY GAVIN J. O'KEEFE WITH SUBSTITUTION was served upon the below-listed counsel of record by electronically filing the document with the Clerk of the Court through the Electronic Filing System in accordance with LR 5.2 on the 9th day of August 2012:

| | |
|---|---|
| Ronald J. Schutz | rjschutz@rkmc.com |
| Allan M. Soobert | allansoobert@paulhastings.com |
| Jeffrey G. Randall | jeffrandall@paulhastings.com |
| Jeffrey David Comeau | jeffreycomeau@paulhastings.com |
| Emily Newhouse Dillingham | emilydillingham@paulhastings.com |
| Deanna L Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |
| Seth A Nielsen | sanielsen@rkmc.com |
| Anthony Beasley | agbeasley@rkmc.com |
| Munir R Meghjee | mrmeghjee@rkmc.com |
| Gavin James OKeefe | okeefe@mbhb.com |
| Miles A. Finn | mafinn@rkmc.com |
| Robert W. Unikel | robert.unikel@kayescholer.com |

         s/Kevin W. Guynn/