**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C.,

Plaintiffs,

v.

BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C.,

Defendants.

Civil Action No. 09 CV 1521

**JURY TRIAL DEMANDED**

Judge Charles R. Norgle, Sr.

Magistrate Judge Denlow

**JOINT STATUS STATEMENT BY EDGE PLAINTIFFS AND WOLVERINE DEFENDANTS**

## I. INTRODUCTION

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge") and Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC ("Wolverine") respectfully submit this Joint Status Report as requested by the Court pursuant to D.E. 296. This submission briefly outlines the status of the proceedings between Edge and Wolverine.

## II. STATUS STATEMENT

### A. Case Schedule

Pursuant to agreement by the parties, the Court entered an Amended Scheduling Order on July 30, 2012 at D.E. 295. The Amended Scheduling Order calls for exchange of LPR 3.1 Final Infringement and Final Unenforceability & Invalidity Contentions on November 15, 2012, and

LPR 3.2 Final Non-Infringement Contentions and Final Contentions in Response to Final Unenforceability & Invalidity Contentions on December 13, 2012. Fact Discovery is set to close on February 7, 2013.

**B. Discovery**

The parties are actively engaged in fact discovery and hold regularly scheduled meet-and-confer teleconferences. Multiple Edge witnesses, including 30(b)(6) witnesses, are being deposed during the weeks of August 20, 2012, August 27, 2012 and September 3, 2012. Wolverine 30(b)(6) and other witnesses are being deposed later in September, 2012. The parties have also exchanged and continue to exchange documents and electronically stored information (ESI).

**C. Pending Motions**

There are no motions currently pending before the Court.

**D. Settlement**

The parties have been actively engaged in settlement discussions. At the last Status Conference, held on June 14, 2012 before Magistrate Judge Denlow, the parties discussed the possibility of holding a settlement conference with the Court, but the parties were not in agreement that such a conference would be useful at this time.

Dated: August 16, 2012    By:  */s/ Justin R. Gaudio*
                       Ronald J. Schutz (*pro hac vice*)
                       Munir R. Meghjee (*pro hac vice*)
                       David A. Swenson (*pro hac vice*)
                       Anthony G. Beasley (*pro hac vice*)
                       Seth A. Nielsen (*pro hac vice*)
                       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
                       2800 LaSalle Plaza
                       800 LaSalle Avenue
                       Minneapolis, Minnesota 55402
                       Phone: (612) 349-8500
                       Facsimile: (612) 339-4181

                       - and -

                       Patrick G. Burns (ARDC No. 3122589)
                       Kevin W. Guynn (ARDC No. 3124379)
                       Justin R. Gaudio (ARDC No. 6296562)
                       **GREER, BURNS & CRAIN, LTD.**
                       300 South Wacker Drive
                       Suite 2500
                       Chicago, Illinois 60606
                       Phone: (312) 360-0080
                       Facsimile: (312) 360-9315

                       **Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.**

Dated: August 16, 2012    By:  */s/ Deanna L. Keysor*
                       Robert Unikel
                       Deanna L. Keysor
                       Michelle K. Marek
                       **KAYE SCHOLER L.L.P.**
                       3 First National Plaza
                       70 West Madison Street
                       Suite 4200
                       Chicago, IL 60602-4231
                       Phone: (312) 583-2300
                       Facsimile: (312) 583-2360

                       **Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 16, 2012, he caused a true and correct copy of **JOINT STATUS STATEMENT BY EDGE PLAINTIFFS AND WOLVERINE DEFENDANTS** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

*/s/ Justin R. Gaudio*____________
Justin R. Gaudio