**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Civil Action No. 1:09-cv-01521 |
| **v.** | ) ) | Judge Charles R. Norgle, Sr. |
| **BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC** | ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| **Defendants.** | ) ) | |
| _____ | ) | |

**DEFENDANTS WOLVERINE TRADING, LLC AND WOLVERINE EXECUTION SERVICES, LLC'S MOTION TO COMPEL PAYMENT BY PLAINTIFFS OF ONE HALF INITIAL DISCLOSURE COSTS IN COMPLIANCE WITH COURT ORDERS OF AUGUST 9, 2011 AND SEPTEMBER 27, 2011**

Wolverine Trading, LLC and Wolverine Execution Services, LLC (collectively "Wolverine") respectfully move this Court to order Plaintiffs to pay one-half of the costs and fees incurred by Wolverine for its initial disclosures in compliance with the Court's orders of August 9, 2011 and September 27, 2011, for the reasons stated in the accompanying memorandum.

Dated: August 22, 2012

Respectfully submitted,

By: /s/ Robert W. Unikel
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4100
Chicago, IL 60602-4231

60874243_1.DOCX

robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com
michelle.marek@kayescholer.com
Tel: 312.583.2340
Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 22, 2012, a copy of the foregoing Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC's Motion to Compel Payment by Plaintiffs of One Half Initial Disclosure Costs in Compliance with Court Orders of August 9, 2011 and September 27, 2011 was served by electronically filing using this Court's CM/ECF system upon the following counsel of record:

Anthony Beasley (agbeasley@rkmc.com)
Munir R. Meghjee (mrmeghjee@rkmc.com)
Seth Nielsen (sanielsen@rkmc.com)
Ronald J. Schutz (rjschutz@rkmc.com)
David Swenson (dpswenson@rkmc.com)
John K. Harting
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN 55402

Patrick G. Burns (pburns@gbclaw.net)
Justin R. Gaudio (jgaudio@gbclaw.net)
Kevin W. Guynn (kguynn@gbclaw.net)
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL 60606

Miles Finn (mafinn@rkmc.com)
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Ave.
Suite 3400
New York, New York 10022

/s/ Robert W. Unikel