IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC, | ) ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To: Attached Service List

      PLEASE TAKE NOTICE THAT on Monday, August 27, 2012 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow in courtroom 1350 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Defendants Wolverine Trading, LLC And Wolverine Execution Services, LLC's Motion to Compel Payment by Plaintiffs of One Half Initial Disclosure Costs in Compliance with Court Orders of August 9, 2011 and September 27, 2011.

                                                            Respectfully Submitted,

Dated: August 22, 2012                 By:  /s/ Robert W. Unikel
                                                      Attorney for Defendants Wolverine Trading LLC
                                                      and Wolverine Execution Services LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2012, the foregoing Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC's Notice of Motion was filed with the Clerk of the Court using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to the following counsel of record:

Anthony Beasley (agbeasley@rkmc.com)
Munir R. Meghjee (mrmeghjee@rkmc.com)
Seth Nielsen (sanielsen@rkmc.com)
Ronald J. Schutz (rjschutz@rkmc.com)
David Swenson (dpswenson@rkmc.com)
John K. Harting
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN  55402

Patrick G. Burns (pburns@gbclaw.net)
Justin R. Gaudio (jgaudio@gbclaw.net)
Kevin W. Guynn (kguynn@gbclaw.net)
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL  60606

Miles Finn (mafinn@rkmc.com)
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Ave.
Suite 3400
New York, New York  10022

/s/ Robert W. Unikel_____