**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., ) ) ) | |
| Plaintiffs, ) | Civil Action No. 09 CV 1521 |
| ) v. ) | **JURY TRIAL DEMANDED** |
| ) BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., ) ) ) ) ) ) ) ) | Judge Charles R. Norgle, Sr. Magistrate Judge Denlow |
| Defendants. ) ) | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL ITS RESPONSE IN OPPOSITION TO DEFENDANTS WOLVERINE TRADING, LLC AND WOLVERINE EXECUTION SERVICES, LLC'S MOTION TO COMPEL PAYMENT BY PLAINTIFFS OF ONE HALF INITIAL DISCLOSURE COSTS IN COMPLIANCE WITH COURT ORDERS OF AUGUST 9, 2011 AND SEPTEMBER 27, 2011**

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge"), by and through their undersigned attorneys, and pursuant to Local Rule 26.2 of the United States District Court for the Northern District of Illinois, respectfully request the filing, under seal, of Plaintiffs' Response in Opposition to Wolverine's Motion to Compel Payment by Plaintiffs of One Half Initial Disclosure Costs in Compliance with Court Orders of August 9, 2011 and September 27, 2011 ("Response") and accompanying exhibits. In support of this Motion, Edge states as follows:

    1.    A Protective Order between the parties, entered by the Court on September 27,

2011, governs the filing of sealed exhibits. (*See* Ex. A, Protective Order, D.E. 241.)

2. On August 22, 2012, Wolverine requested permission to file under seal its Memorandum and Exhibits (D.E. 304) related to its Motion to Compel. Wolverine's motion to file under seal indicates that its Memorandum and Exhibits contain confidential information regarding (1) Wolverine's proprietary trading system and/or (2) Wolverine's executive's and attorneys' billing rates and billing descriptions performed in the case. (D.E. 301.)

3. Edge's Response and Exhibits reference this same confidential information and also includes documents designated under the Protective Order as "Highly Confidential."

4. Edge seeks to comply with the Agreed Protective Order in this case and the confidentiality designations in place as of the date of this filing.

5. Wolverine has requested that its entire submission be filed under seal because the pervasiveness of Confidential and Highly Confidential material within its Memorandum makes it is impossible to create a meaningful public record. (D.E. 301.) For this same reason, Edge respectfully requests to file its Response and Exhibits under seal in their entirety.

WHEREFORE, Edge respectfully requests an order permitting it to file the referenced materials under seal.

Dated: August 31, 2012   Respectfully submitted,

By: */s/ Justin R. Gaudio*
Ronald J. Schutz (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
David P. Swenson (*pro hac vice*)
Anthony G. Beasley (*pro hac vice*)
Seth A. Nielsen (*pro hac vice*)
John K. Harting (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

Patrick G. Burns (ARDC No. 3122589)
Justin R. Gaudio (ARDC No. 6296562)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080

**ATTORNEYS FOR PLAINTIFFS
EDGE CAPTURE L.L.C. AND EDGE
SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 31, 2012, he caused a true and correct copy of **PLAINTIFFS' MOTION TO FILE UNDER SEAL ITS RESPONSE IN OPPOSITION TO DEFENDANTS WOLVERINE TRADING, LLC AND WOLVERINE EXECUTION SERVICES, LLC'S MOTION TO COMPEL PAYMENT BY PLAINTIFFS OF ONE HALF INITIAL DISCLOSURE COSTS IN COMPLIANCE WITH COURT ORDERS OF AUGUST 9, 2011 AND SEPTEMBER 27, 2011** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

　　　　　　　　　　　　　　　　　　　　*/s/ Justin R. Gaudio*_____
　　　　　　　　　　　　　　　　　　　　Patrick G. Burns