**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., </br></br>Plaintiffs,</br></br>v.</br></br>BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C.,</br></br>Defendants. | Civil Action No. 09 CV 1521</br></br>**JURY TRIAL DEMANDED**</br></br>Judge Charles R. Norgle, Sr.</br></br>Magistrate Judge Denlow |

**NOTICE OF MOTION**

TO:  Robert W. Unikel
     Deanna L. Keysor
     Michelle K. Marek
     **KAYE SCHOLER LLP**
     3 First National Plaza
     70 West Madison Street
     Suite 4100
     Chicago, IL  60602-4231
     Phone: (312) 583-2300

PLEASE TAKE NOTICE that on Wednesday, September 5, 2012, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Morton Denlow, or any judge sitting in his stead in Courtroom 1350, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiffs' Motion to File Under Seal its Response in Opposition to Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC's Motion to Compel Payment by Plaintiffs of One Half**

**Initial Disclosure Costs In Compliance with Court Orders of August 9, 2011 and September 27, 2011**, a copy of which is served herewith.

Dated: August 31, 2012  Respectfully submitted,

By: */s/ Justin R. Gaudio*
Ronald J. Schutz (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
David P. Swenson (*pro hac vice*)
Anthony G. Beasley (*pro hac vice*)
Seth A. Nielsen (*pro hac vice*)
John K. Harting (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500

Patrick G. Burns (ARDC No. 3122589)
Justin R. Gaudio (ARDC No. 6296562)
Gavin James O'Keefe (ARDC No. 6293489)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 360-0080

**ATTORNEYS FOR PLAINTIFFS
EDGE CAPTURE L.L.C. AND EDGE SPECIALISTS, L.L.C.**

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that on August 31, 2012, he caused a true and correct copy of **NOTICE OF MOTION** to be served on the below parties through the CM/ECF system:

| | |
|---|---|
| Robert W. Unikel | robert.unikel@kayescholer.com |
| Deanna L. Keysor | deanna.keysor@kayescholer.com |
| Michelle Kristina Marek | michelle.marek@kayescholer.com |

               */s/ Justin R. Gaudio*_____
               Patrick G. Burns