IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDGE CAPTURE L.L.C., and EDGE SPECIALISTS, L.L.C., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:09-cv-01521 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, LLC and WOLVERINE EXECUTION SERVICES, LLC, | ) ) ) ) ) ) ) ) | Magistrate Judge Martin |
| Defendants. | ) ) | |

**JOINT MOTION FOR A BRIEF STAY PENDING COMPLETION OF THE PARTIES' SCHEDULED MEDIATION PROCEEDINGS**

Wolverine Trading, LLC and Wolverine Execution Services, LLC together with Edge Capture, L.L.C. and Edge Specialists, L.L.C. (collectively, "the Parties") submit this joint motion for a brief stay until the Parties have completed scheduled mediation proceedings. In support of this Motion, the Parties state as follows:

1. This suit is currently in the middle of the discovery period; over the next month, the Parties have scheduled certain depositions and other potentially time-consuming and expensive discovery activities.

2. The Parties now believe, however, that there is a real possibility of settlement. The Parties have therefore scheduled mediation proceedings to be conducted by JAMS on November 5, 2012. The mediation will be conducted by the Hon. Morton Denlow, the U.S. Magistrate Judge that was assigned to this case until October 1, 2012.

3. To avoid the large expense of time and money that the Parties would otherwise be forced to incur in discovery during the time period before conclusion of the mediation proceedings, the Parties request a short stay of proceedings pending the mediation, where it is hoped that a settlement will be reached.

4. In the event that the mediation does not result in a settlement agreement, the Parties will promptly so inform the Court and request that a reasonable new schedule be set.

WHEREFORE, the Parties respectfully request this Court to enter a stay of proceedings pending the outcome of the parties' mediation.

Dated: October 15, 2012

Respectfully submitted,

By: /s/ Robert W. Unikel_____
Robert W. Unikel
Deanna L. Keysor
Michelle K. Marek
KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
robert.unikel@kayescholer.com
deanna.keysor@kayescholer.com
michelle.marek@kayescholer.com
Tel: 312.583.2340
Fax: 312.583.2300

*Attorneys for Defendants Wolverine Trading, LLC and Wolverine Execution Services, LLC*

By: /s/ Munir R. Meghjee___
Seth Nielsen (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
Anthony Beasley (*pro hac vice*)
Ronald J. Schutz (*pro hac vice*)
John K. Harting (*pro hac vice*)

3

Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN 55402
sanielsen@rkmc.com
mrmeghjee@rkmc.com
agbeasley@rkmc.com
rjschutz@rkmc.com
jkharting@rkmc.com
Tel: 612.349.8500
Fax: 612.339.4181

*Attorneys for Plaintiffs*
*Edge Capture L.LC. and*
*Edge Specialists, L.L.C.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 15, 2012, the foregoing Joint Motion for a Brief Stay Pending the Parties' Scheduled Mediation Proceedings was filed with the Clerk of the Court using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to the following counsel of record:

Anthony Beasley (agbeasley@rkmc.com)
Munir R. Meghjee (mrmeghjee@rkmc.com)
Seth Nielsen (sanielsen@rkmc.com)
Ronald J. Schutz (rjschutz@rkmc.com)
John K. Harting (jkharting@rkmc.com)
David P. Swenson (dpswenson@rkmc.com)
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave.
2800 LaSalle Plaza
Minneapolis, MN  55402

Patrick G. Burns (pburns@gbclaw.net)
Justin R. Gaudio (jgaudio@gbclaw.net)
Gavin O'Keefe (gokeefe@gbclaw.net)
Greer, Burns & Crain, Ltd.
300 South Wacker Drive
25th Floor
Chicago, IL  60606

Miles Finn (mafinn@rkmc.com)
Robins, Kaplan, Miller & Ciresi LLP
601 Lexington Ave.
Suite 3400
New York, New York  10022

*Attorneys for Plaintiffs*
*Edge Capture L.LC. and*
*Edge Specialists, L.L.C.*

/s/ Robert W. Unikel_____