# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Edge Capture L.L.C., et al.

                           Plaintiff,

v.                                                     Case No.: 1:09–cv–01521
                                                          Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 16, 2012:

      MINUTE entry before Honorable Daniel G. Martin: The parties' Joint Motion for a Brief Stay Pending Completion of the Parties' Scheduled Mediation Proceedings [314] is granted. The proceedings in this case are stayed pending the outcome of the parties' mediation scheduled for 11/5/2012. Initial status hearing set for 11/1/2012 at 9:30 a.m. is cancelled and reset to 11/15/2012 at 9:30 a.m. The parties shall promptly inform the Court of the outcome of the parties' mediation proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.