# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Edge Capture L.L.C., et al.

                    Plaintiff,

v.

Barclays Bank PLC, et al.

                    Defendant.

Case No.: 1:09–cv–01521
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 22, 2012:

     MINUTE entry before Honorable Daniel G. Martin:Due to the Court's calendar, status hearing set for 11/15/2012 is stricken and reset to 11/20/2012 at 09:30 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.