# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDGE CAPTURE L.L.C. and EDGE SPECIALISTS, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, UBS FINANCIAL SERVICES INC., UBS SECURITIES, L.L.C., WOLVERINE TRADING, L.L.C., AND WOLVERINE EXECUTION SERVICES, L.L.C., <br><br> Defendants. | Civil Action No. 09 CV 1521 <br><br> **JURY TRIAL DEMANDED** <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Martin |

## STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE BETWEEN EDGE PLAINTIFFS AND WOLVERINE DEFENDANTS

Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge Entities") and Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C. ("Wolverine Entities"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Edge Entities have agreed to dismiss with prejudice all of their claims against the Wolverine Entities in the above-captioned lawsuit.

2. The Wolverine Entities have agreed to dismiss with prejudice all of their affirmative defenses and counterclaims against the Edge Entities in the above-captioned lawsuit.

3. Nothing in this Stipulation shall be construed as a dismissal or discharge of, any claim that the Edge Entities have or may have in the future against any other Defendant named in this action. All such rights are expressly reserved.

4. Therefore, the Edge Entities and the Wolverine Entities respectively request the Court to dismiss with prejudice any and all claims that the Edge Entities and the Wolverine

83514740.1

Entities have asserted against one another in this lawsuit, each of them to bear their own costs and expenses incurred in or related to these claims, and to direct final judgment accordingly.

AGREED AND STIPULATED TO:

By: */s/Anthony G. Beasley*      By: */s/ Robert W. Unikel*

Ronald J. Schutz (*pro hac vice*)
Munir R. Meghjee (*pro hac vice*)
Anthony G. Beasley (*pro hac vice*)
Seth A. Nielsen (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Phone: (612) 349-8500
Facsimile: (612) 339-4181

-and-

Patrick G. Burns (ARDC No. 3122589)
**GREER, BURNS & CRAIN, LTD.**
300 South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: (312) 360-0080
Facsimile: (312) 360-9315

*Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.*

Robert W. Unikel
Deanna L. Keysor
Michelle Marek
**KAYE SCHOLER LLP**
70 West Madison St.
Chicago, IL 60602
Tel: (312) 583-2300

*Attorneys for Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C.*

83514740.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November, 2012, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system.

                                                Greer, Burns & Crain Ltd.
                                                Attorneys for Plaintiffs Edge Capture L.L.C. and Edge Specialists, L.L.C.

                                                _____/s/ Kevin W. Guynn_____
                                                Kevin W. Guynn
                                                Greer, Burns & Crain, Ltd.
                                                300 South Wacker Drive, Suite 2500
                                                Chicago, Illinois 60606
                                                312.360.0080
                                                312.360.9315 (facsimile)
                                                   kguynn@gbclaw.net