UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Edge Capture L.L.C., et al.
                              Plaintiff,

v.                                          Case No.: 1:09−cv−01521
                                            Honorable Charles R. Norgle Sr.

Barclays Bank PLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2012:

MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiff's Edge Capture L.L.C. and Edge Specialists, L.L.C. ("Edge Entities") and Defendants Wolverine Trading, L.L.C. and Wolverine Execution Services, L.L.C. ("Wolverine Entities") have filed a Stipulation of Dismissal of Claims with Prejudice Between Edge Plaintiffs and Wolverine Defendants[320]. Pursuant to the terms of that stipulation, the Court hereby dismisses with prejudice all claims that the Edge Entities and the Wolverine Entities have asserted against one another in this lawsuit, each of them to bear their own costs and expenses incurred in or related to these claims, and to direct final judgment accordingly. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.